UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, <br><br> Defendants. | Civil Action No. 1:06CV00494 <br><br> Judge Colleen Kollar-Kotelly <br><br> JURY TRIAL DEMANDED |

### ENTRY OF APPEARANCE (LCvR 83.6(a))

Pursuant to LCvR 83.6(a), Peter C. Thomas hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.

April 14, 2006                                          Respectfully submitted,

                              By:   /s/ Peter C. Thomas
                                    Peter C. Thomas, D.C. Bar # 495928
                                    SIMPSON THACHER & BARTLETT LLP
                                    555 11th Street, N.W.
                                    Suite 725
                                    Washington, D.C.  20004
                                    (202) 220-7700

                                    *Counsel for Defendants*