UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO.<br>200 Wilmot Road<br>Deerfield, IL 60015,<br><br>ECKERD CORPORATION<br>50 Service Road<br>Warwick, RI 02886,<br><br>MAXI DRUG, INC. d/b/a<br>BROOKS PHARMACY<br>50 Service Road<br>Warwick, RI 02886,<br><br>THE KROGER CO.<br>1014 Vine Street<br>Cincinnati, OH 45202,<br><br>ALBERTSON'S, INC.<br>250 East Park Center Blvd.<br>Boise, ID 83706,<br><br>SAFEWAY, INC.,<br>5918 Stoneridge Mall Road<br>Pleasanton, CA 94588,<br><br>and<br><br>HY-VEE, INC.<br>5820 Westtown Parkway<br>W. Des Moines, IA,<br><br>       Plaintiff,<br><br>  v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD.<br>100 Enterprise Drive<br>Rockaway, NJ 07866-2129,<br><br>WARNER CHILCOTT CORPORATION<br>100 Enterprise Drive<br>Rockaway, NJ 07866-2129, | Civil Action No. 1:06CV00494<br><br>Judge Colleen Kollar-Kotelly<br><br>JURY TRIAL DEMANDED |

WARNER CHILCOTT (US) INC.
100 Enterprise Drive
Rockaway, NJ 07866-2129,

WARNER CHILCOTT COMPANY, INC.
Union Street, Km. 1.1
Fajardo, Puerto Rico, 00738,

and

BARR PHARMACEUTICALS, INC.
2 Quaker Road
P.O. Box 2900
Pomona, NY  10970-0519,

　　　　　　　　　　Defendants.

## DEFENDANTS' RULE 7.1 DISCLOSURE STATEMENT

　　Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, the undersigned counsel for Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc. (collectively "Defendants"), certify as follows:

　　Defendant Warner Chilcott Holdings Company III, Ltd. is a subsidiary of Warner Chilcott Holdings Company II, Limited; no publicly-held corporation owns more than 10% of its stock.

　　Defendant Warner Chilcott Corporation is a subsidiary of Warner Chilcott Intermediate (Luxembourg) S.a.r.l.; no publicly-held corporation owns more than 10% of its stock.

　　Defendant Warner Chilcott (US) Inc. is a subsidiary of Warner Chilcott Corporation; no publicly-held corporation owns more than 10% of its stock.

2

Defendant Warner Chilcott Company, Inc. is a subsidiary of Warner Chilcott Holdings Company III, Limited; no publicly-held corporation owns more than 10% of its stock.

Pursuant to LCvR 7.1 of the Local Rules of the United States District Court for the District of Columbia, the undersigned counsel certifies that there are no parent companies, subsidiaries or affiliates of Defendants which have any outstanding securities in the hands of the public.

These representations are made in order that judges of this Court may determine the need for recusal.

April 14, 2006                                    Respectfully submitted,

By:   /s/ Peter C. Thomas
      Peter C. Thomas, D.C. Bar # 495928
      SIMPSON THACHER & BARTLETT LLP
      555 11th Street, N.W.
      Suite 725
      Washington, D.C.  20004
      (202) 220-7700

      Charles E. Koob, *pro hac vice* pending
      SIMPSON THACHER & BARTLETT LLP
      425 Lexington Avenue
      New York, New York 10017
      (212) 455-2000

      *Counsel for Defendants*

3