UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO., *et al.*,<br><br>                          Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>                          Defendants. | Civil Action No. 1:06CV00494<br><br>Judge Colleen Kollar-Kotelly<br><br>JURY TRIAL DEMANDED |

**ENTRY OF APPEARANCE (LCvR 83.6(a))**

    Pursuant to LCvR 83.6(a), Andrew M. Lacy hereby gives notice of his entry of appearance on behalf of Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.

April 14, 2006

Respectfully submitted,

By:   /s/ Andrew M. Lacy
       Andrew M. Lacy, D.C. Bar # 496644
       SIMPSON THACHER & BARTLETT LLP
       555 11th Street, N.W.
       Suite 725
       Washington, D.C. 20004
       (202) 220-7700

*Counsel for Defendants*