UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALGREEN CO., *et al.*,

        Plaintiffs,

v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., *et al.*,

        Defendants.

_____/

Civil Action No. 1:06CV00494
Judge Colleen Kollar-Kotelly

## MOTION OF PLAINTIFFS FOR ADMISSION *PRO HAC VICE*

Pursuant to LCvR 83.2 and the attached declaration, Plaintiffs Walgreen Co. et al. respectfully move for the admission of Scott E. Perwin of the law firm of Kenny Nachwalter, P.A. to represent Plaintiffs in this action.  Mr. Perwin is a member in good standing of the following bars: the State of Florida, the United States Courts of Appeals for the Sixth, Seventh, Ninth and Eleventh Circuits, the United States District Court for the Southern District of Florida, the United States District Court for the Middle District of Florida, the United States District Court for the Northern District of Florida and the United States Supreme Court.  The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Perwin should this motion be granted.

Civil Action No. 1:06CV00494
Judge Colleen Kollar-Kotelly

Respectfully submitted,

s/ Robert D.W. Landon III
Robert D.W. Landon III (D.C. Bar #441571)
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by First Class United States mail on April 17, 2006 upon:

Andrew M. Lacy, Esq.
Peter C. Thomas, Esq.
Charles E. Koob, Esq.
SIMPSON THACHER & BARTLETT LLP
555 11th Street, N.W., Suite 725
Washington D.C. 20004
Telephone: 202-220-7700
*Attorneys for the Warner Chilcott Defendants*

Karen N. Walker, Esq.
KIRKLAND & ELLIS, LLP
655 Fifteenth Street, N.W.
Washington, DC 20005
Telephone: 202-879-5000
Facsimile: 202-879-5200
*Attorneys for Defendant Barr Pharmaceuticals, Inc.*

s/ Robert D.W. Landon, III

250783.1