IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO., 200 Wilmot Road, Deerfield, IL 60015,<br><br>ECKERD CORPORATION, 50 Service Road, Warwick, RI 02886,<br><br>MAXI DRUG, INC., d/b/a BROOKS PHARMACY, 50 Service Road, Warwick, RI 02886,<br><br>THE KROGER CO., 1014 Vine Street, Cincinnati, OH 45202,<br><br>ALBERTSON'S, INC. 250 East Park Center Blvd., Boise, ID 83706,<br><br>SAFEWAY, INC., 5918 Stoneridge Mall Road, Pleasanton, CA 94588, and<br><br>HY-VEE, INC., 5820 Westtown Pkwy., W. Des Moines, IA 50266,<br><br>         Plaintiffs,<br><br>   v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., WARNER CHILCOTT CORPORATION, WARNER CHILCOTT (U.S.) INC., WARNER CHILCOTT COMPANY, INC., AND BARR PHARMACEUTICALS, INC.,<br><br>         Defendants. | Civil Action No. 1:06-CV-00494-CKK<br><br>Judge Colleen Kollar-Kotelly<br><br>JURY TRIAL DEMANDED |

**CERTIFICATE REQUIRED BY LCvR 7.1 OF THE LOCAL RULES OF
THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF COLUMBIA**

I, the undersigned, counsel of record for Barr Pharmaceuticals, Inc., certify that to the best of my knowledge and belief, Barr Pharmaceuticals, Inc. does not have any parent companies, subsidiaries or affiliates which have outstanding securities in the hands of the public.

This representation is made in order that judges of this court may determine the need for recusal.

Date:   May 22, 2006

Respectfully submitted,

*[signature]*

Karen N. Walker
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, D.C.  20005
Tel. (202) 879-5000
Fax (202) 879-5200

*Counsel of Record for Defendant Barr Pharmaceuticals, Inc.*