# EXHIBIT 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALGREEN CO., et al.                    Civil Action No. 06-494 9CKK)

        Plaintiffs,

v.

WARNER CHILCOTT HOLDINGS COMPANY
III, LTD., et al.

        Defendants.

---

### AFFIDAVIT OF DEBORAH KRAMER

STATE OF OHIO

COUNTY OF HAMILTON

    Deborah Kramer, being duly sworn, deposes and says:

    1.    I am in the Information Systems and Services ("IS&S") Department of The Kroger Co. ("Kroger"). I am familiar with Kroger's ability to retrieve data relating to the retail sale of pharmaceutical drugs to Kroger customers.

    2.    Kroger is comprised of seventeen retail supermarket divisions, each of which covers a particular geographic area. Some divisions have multiple store banners. Retail pharmaceutical sales data is maintained on multiple systems which are centrally accessible. The period of time that this retail sales data for pharmaceutical drugs is maintained differs by division. For most divisions, the retail data that is centrally accessible is available for only the past six to eighteen months. Because the multiple systems where the retail data is maintained are different systems, accessing this data from the multiple systems requires the writing of unique programs for each system where the data is maintained. Given the current demands on Kroger IS&S employees, Kroger would have to outsource the project of obtaining this electronic data. Additionally, I estimate that it would likely take several weeks to obtain this retail data.

    3.    The retail data that predates that which is centrally accessible, is available at the store level. Kroger currently operates 1918 pharmacies. As explained in paragraph 2 above, because most of the divisions only maintain data in a form that is centrally accessible for 6 to 18 months, if Kroger were required to produce retail sales data for periods for which the data is not maintained in a centrally accessible form, Kroger would be required to conduct a store by store search (either electronically, in person, or, in some

cases, both) for most of the 1918 pharmacies. The man hours involved in such a search would likely be in the thousands of hours.

    I affirm under penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____

Sworn to and subscribed
before me this ___ day of
September, 2006

_____

LINDA L. JORG
Notary Public, State of Ohio
My Commission Expires
November 15, 200_