UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALGREEN CO., *et al.*,

        Plaintiffs,

v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., *et al.*,

        Defendants.

_____/

Civil Action No. 1:06CV00494
Judge Colleen Kollar-Kotelly

**MOTION OF PLAINTIFFS FOR ADMISSION *PRO HAC VICE***

Pursuant to LCvR 83.2 and the attached declaration, Plaintiffs Walgreen Co. et al. respectfully move for the admission of Lauren C. Ravkind of the law firm of Kenny Nachwalter, P.A. to represent Plaintiffs in this action. Ms. Ravkind is a member in good standing of the following bars: the State of Florida, the State of Texas, the United States Courts of Appeals for the Sixth and Eleventh Circuits, and the United States District Court for the Southern District of Florida. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Ms. Ravkind should this motion be granted.

Respectfully submitted,

s/ Robert D.W. Landon III
Robert D.W. Landon III (D.C. Bar #441571)
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Plaintiffs*

**Civil Action No. 1:06CV00494**  
Judge Colleen Kollar-Kotelly

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served by via ECF/CMF filing on January 19, 2007.

 s/ Robert D.W. Landon, III

282377.1