UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WALGREEN CO., *et al.*,

        Plaintiffs,

v.

WARNER CHILCOTT HOLDINGS
COMPANY III, LTD., *et al.*,

        Defendants.

_____/

Civil Action No. 1:06CV00494

Judge Colleen Kollar-Kotelly

## DECLARATION OF LAUREN C. RAVKIND

I, Lauren C. Ravkind, declare under penalty of perjury that the following is true and correct:

1. I am a shareholder in the law firm of Kenny Nachwalter, P.A. My firm has been retained to represent Plaintiffs Walgreen Co., Eckerd Corporation, Maxi Drug, Inc. d/b/a Brooks Pharmacy, The Kroger Co., Albertson's, Inc., Safeway, Inc. and Hy-Vee, Inc. (collectively "Plaintiffs"), in the above-referenced matter.

2. My office address is 111 Congress Avenue, Suite 1060, Austin, Texas, 78701, and my office telephone number is 512-480-8023.

3. I do not engage in the practice of law from an office located in the District of Columbia, and am not a member of the District of Columbia bar, and do not have an application for membership in the District of Columbia pending.

Civil Action No. 1:06CV00494
Judge Colleen Kollar-Kotelly

4. I am admitted to practice in, and am a member in good standing of the following bars: the State of Florida, the State of Texas, the United States Courts of Appeals for the Sixth and Eleventh Circuits, and the United States District Court for the Southern District of Florida.

5. I have not been disciplined by any bar.

6. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

7. I am familiar with the law, facts, and procedure relating to the subject matter of this litigation.

8. I will act as co-counsel for Plaintiffs with Robert D.W. Landon III, D.C. Bar #441571, a shareholder in my firm who is a member in good standing of the bar of this Court.

9. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Plaintiffs and will also facilitate the efficient litigation of this matter.

10. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Plaintiffs in this matter.

Executed: January 19, 2007        s/ Lauren C. Ravkind
                                  LAUREN C. RAVKIND

282376.1