UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 05-2195 (CKK) |
| WALGREEN CO., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 06-494 (CKK) |

**ORDER**

The above-captioned cases have been referred to Magistrate Judge Alan Kay for the disposition of all pending and future discovery-related motions pursuant to LCvR 72.2(a).

Accordingly, it is this 23rd day of January, 2007,

**SO ORDERED**.

              /s/                                        
COLLEEN KOLLAR-KOTELLY
United States District Judge