IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO. et al., | Civil Action No. 06-494 (CKK) |
| Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
| Defendants. | |
| CVS PHARMACY, INC. et al., | Civil Action No. 06-795 (CKK) |
| Plaintiffs, | |
| v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
| Defendants. | |

## NOTICE OF SERVICE OF EXPERT REPORTS

Please take notice that on May 18, 2007, pursuant to Fed. R. Civ. P. 26(a)(2) and the Court's most recent Scheduling Order, Plaintiffs in the above-captioned cases served the following expert reports:

(1)   Expert Report of Keith Leffler

(2)   Expert Report of Neil Flanzraich

(3)   Expert Report of Richard J. Derman, M.D., M.P.H.

Plaintiffs reserve the right to present testimony from any other expert who has been disclosed and has prepared an expert report in this coordinated litigation in order to avoid duplication of testimony, or as otherwise permitted by the Court.

Respectfully submitted,

Date: May 18, 2007

s/ _____
Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
(305) 373-1000
(305) 372-1861

Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
(717) 364-1030
(717) 364-1020

*Counsel for Plaintiffs*