**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| WALGREEN CO., *et al.*,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>　　　　　Defendants. | Civ. Action No.: 1:06-CV-00494-CKK<br><br>Judge Colleen Kollar-Kotelly |
| CVS PHARMACY, INC., et al.,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*,<br><br>　　　　　Defendants. | Civ. Action No.: 1:06-CV-00795-CKK<br><br>Judge Colleen Kollar-Kotelly |

**DEFENDANTS' REPLY MEMORANDUM IN SUPPORT OF MOTION TO STRIKE "NON-CLASS PLAINTIFFS' MEMORANDUM RESPONDING TO DEFENDANTS' OPPOSITION TO CLASS CERTIFICATION"**

In their opposition, the *Walgreen* and *CVS Pharmacy* opt-out plaintiffs inexplicably claim that their so-called "Memorandum Responding to Defendants' Opposition to Class Certification" filed in the separate putative class-plaintiff *Meijer* case is somehow procedurally proper because "the *Walgreen* and *CVS Pharmacy* cases have been *coordinated* with the *Meijer* case for pretrial purposes." (Pls.' Opp'n at 1 (emphasis added).) Therefore, in the opt-out plaintiffs' view, it is appropriate for all so-called "'Direct Purchaser Plaintiffs' — a group that includes the [*Meijer*,] *Walgreen* and *CVS Pharmacy* Plaintiffs" to file, at least, two opening briefs and two reply briefs

in support of the *Meijer* plaintiffs' motion for class certification, one from the putative class *Meijer* plaintiffs and one from the Walgreen and CVS Pharmacy plaintiffs. (*Id.* at 2.) Indeed, according to the opt-out plaintiffs' view of the Court's June 30, 2006 Case Management Order, the Court intended that three opening briefs and three replies could be filed in support of the *Meijer* plaintiffs' motion for class certification, one from each so-called "Direct Purchaser Plaintiff." Such a suggestion is simply absurd and clearly contrary to the intent behind the Court's Case Management Order, which was to coordinate discovery for pretrial purposes.

Opt-out plaintiffs also contend that "Defendants have now abandoned" their argument that the phenomena of "generic bypass" — clearly present in the *Meijer* case — renders any assessment of class-wide impact highly individualized. (*Id.* at 2.) Opt-out plaintiffs further claim, in their opposition, that Defendants "assert that the Court need not decide the issue [of generic bypass] in order to resolve" the *Meijer* plaintiffs' motion for class certification. (*Id.* at 2.) Both assertions are patently false.

Nowhere have the Defendants "abandoned" their argument that "generic bypass" renders analysis of class-wide impact highly individualized, nor have the Defendants asserted that this issue "need not" be decided by the Court in order to resolve the *Meijer* plaintiffs' motion for class certification. The *Walgreen* and *CVS Pharmacy* plaintiffs' (false) assertions to the contrary underscore the fact that their so-called "Memorandum" is nothing more than a highly prejudicial and improper attempt to supplement the *Meijer* plaintiffs' motion for class certification, and to unfairly re-characterize Defendants' opposition thereto.

Accordingly, Defendants respectfully request that the opt-out plaintiffs' "Memorandum Responding to Defendants' Opposition to Class Certification" (*CVS Pharmacy* D.E. # 57; *Walgreen*, D.E. # 58) be stricken.

Dated: May 30, 2007                                      Respectfully submitted,

         /s/
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Patrick M. Bryan (D.C. Bar # 490177)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
(202) 879-5000
(202) 879-5200 (fax)

*Counsel for Barr Pharmaceuticals, Inc.*


         /s/
Peter C. Thomas (D.C. Bar # 495928)
Andrew M. Lacy (D.C. Bar # 496644)
SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, DC 20004
(202) 220-7700
(202) 220-7702 (fax)

Charles E. Koob (*Pro Hac Vice*)
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, New York 10017-3954
(212) 455-2000
(212) 455-2502 (fax)

*Counsel for Warner Chilcott Holdings Company III, Ltd, Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc.*