TAB 4

Print Page | Close Window

News Release

## Barr's Generic Ovcon-35(R) Tablets Approved

WOODCLIFF LAKE, N.J., April 23 /PRNewswire-FirstCall/ – Barr Pharmaceuticals, Inc. (NYSE: BRL) today announced that Barr Laboratories, Inc. has received approval from the U.S. Food and Drug Administration (FDA) for its application to manufacture and market a generic version of Galen's Ovcon-35 (R) 21-day and 28-day Tablets oral contraceptive.

Under terms of an agreement signed on March 24, 2004, Barr Laboratories, Inc. granted Galen an option to acquire an exclusive license for Barr's generic version of Galen's Ovcon-35(R) 21-day and 28-day Tablets oral contraceptive. Galen has 45 days to exercise its option from the date of FDA approval. If Galen exercises its option, it will be granted a five-year exclusive license to sell the product under the ANDA. At the end of the five-year term, Galen can extend the license on a non-exclusive basis for an additional five-year period. Galen made a $1 million payment to Barr Laboratories upon signing the option agreement and would pay Barr an additional $19 million at the time of the exercise of the option.

If Galen does not exercise its option, following the 45-day period, Barr intends to market the product as a generic under the trademark name Balziva(TM).

Ovcon-35 is a regimen of oral contraceptives that contains 0.4 mg of norethindrone and 0.035 mg of ethinyl estradiol and is indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception. The product is supplied in 21-day and 28-day regimens.

Ovcon-35 had annual sales of approximately $63.1 million for the twelve months ending February 2004, based on IMS data.

Barr Pharmaceuticals, Inc. is engaged through its principle subsidiaries, Barr Laboratories, Inc. and Duramed Pharmaceuticals, Inc., in the development, manufacture and marketing of generic and proprietary pharmaceuticals.

Forward-Looking Statements

This press release contains a number of forward-looking statements. To the extent that any statements made in this press release contain information that is not historical, these statements are essentially forward-looking. Forward- looking statements can be identified by their use of words such as "expects," "plans," "will," "may," "anticipates," "believes," "should," "intends," "estimates" and other words of similar meaning. These statements are subject to risks and uncertainties that cannot be predicted or quantified and, consequently, actual results may differ materially from those expressed or implied by such forward-looking statements. Such risks and uncertainties include: the difficulty in predicting the timing and outcome of legal proceedings, including patent-related matters such as patent challenge settlements and patent infringement cases; the difficulty of predicting the timing of U.S. Food and Drug Administration, or FDA, approvals; court and FDA decisions on exclusivity periods; the ability of competitors to extend exclusivity periods for their products; the success of our product development activities; market and customer acceptance and demand for our pharmaceutical products; our dependence on revenues from significant customers; reimbursement policies of third party payors; our dependence on revenues from significant products; the use of estimates in the preparation of our financial statements; the impact of competitive products and pricing; the ability to develop and launch new products on a timely basis; the availability of raw materials; the availability of any product we purchase and sell as a distributor; our mix of product sales between manufactured products, which typically have higher margins, and distributed products; the regulatory environment; our exposure to product liability and other lawsuits and contingencies; the increasing cost of insurance and the availability of product liability insurance coverage; our timely and successful completion of strategic initiatives, including integrating companies and products we acquire and implementing new enterprise resource planning systems; fluctuations in operating results, including the effects on such results from spending for research and development, sales and marketing activities and patent challenge activities; and other risks detailed from time to time in our filings with the Securities and Exchange Commission.

NOTE TO EDITOR: Barr Pharmaceuticals, Inc. news releases are available free of charge through PR Newswire's News On-Call site at http://www.prnewswire.com/comp/089750.html. Barr news releases and corporate information are also available on Barr's website (www.barrlabs.com). Balziva(TM) is a trademark of Barr Laboratories, Inc. Ovcon-35(R) is a registered trademark of Warner Chilcott, Inc.

CONTACT:
Carol A. Cox
Barr Pharmaceuticals, Inc.
201-930-3720
ccox@barrlabs.com

TAB 5

THIS EXHIBIT HAS BEEN DESIGNATED
CONFIDENTIAL
AND IS FILED UNDER SEAL

TAB 6



Contact Us    Product Guide    Drug Informa

| HOME | CORPORATE OVERVIEW | GENERIC PRODUCTS | PROPRIETARY PRODUCTS | NEWS | INVESTORS |

NEWS

## News Release

 View printer-friendly version

<< Back



# Barr Announces Warner Chilcott Waives Exclusive License for OVCON(R) 35

### *Barr to Launch Generic Version Under Balziva(TM) Tradename in October*

WOODCLIFF LAKE, N.J., Sept 26, 2006 /PRNewswire-FirstCall via COMTEX News Network/ -- Barr Pharmaceuticals, Inc. (NYSE: BRL) today announced that Warner Chilcott Limited (Nasdaq: WCRX), formerly Galen Holdings PLC, has unilaterally waived the exclusivity provision of the license for Barr's generic version of Warner Chilcott's OVCON(R) 35 Tablets oral contraceptive. The waiver makes the license non-exclusive and, as a result, Barr Laboratories, Inc., a subsidiary of Barr Pharmaceuticals, Inc., intends to launch its generic version of OVCON 35 oral contraceptive in October 2006. The Company expects to launch the first generic version of OVCON 35 oral contraceptive under the tradename Balziva(TM).

"Today's action by Warner Chilcott paves the way for Barr to launch the first generic version of OVCON 35," said Bruce L. Downey, Barr's CEO and Chairman. "Following the launch of our Balziva product in October, we will manufacture and market a generic oral contraceptive portfolio that is the largest in the industry, totaling 24 products."

In March 2004, the Company granted Warner Chilcott an option to acquire an exclusive license under Barr's Abbreviated New Drug Application (ANDA) for OVCON 35 oral contraceptive. In April 2004, Barr received approval from U.S. Food and Drug Administration (FDA) to manufacture and market a generic version of OVCON 35 oral contraceptive. In May 2004, Warner Chilcott exercised its option to acquire an exclusive license for Barr's generic version of OVCON 35 oral contraceptive option and was granted a five-year exclusive license to sell the product under Barr's ANDA. Under a related supply agreement, Barr had been manufacturing OVCON 35 for Warner Chilcott, but does not anticipate further product orders from Warner Chilcott at this time.

OVCON 35 is a regimen of oral contraceptives that contains 0.4 mg of norethindrone and 0.035 mg of ethinyl estradiol and is indicated for the prevention of pregnancy in women who elect to use this product as a method of contraception. The product is supplied in 21-day and 28-day regimens.

OVCON 35 had annual sales of approximately $95 million for the twelve months ending July 2006, based on industry sources.

Barr Pharmaceuticals, Inc. is a holding company whose principal subsidiaries, Barr Laboratories, Inc. and Duramed Pharmaceuticals, Inc., develop, manufacture and market generic and proprietary pharmaceuticals.

Forward-Looking Statements

Except for the historical information contained herein, the statements made in this press release constitute forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. Forward-looking statements can be identified by their use of words such as "expects," "plans," "projects," "will," "may," "anticipates," "believes," "should," "intends," "estimates" and other words of similar meaning. Because such statements inherently involve risks and uncertainties that cannot be predicted or quantified, actual results may differ materially from those expressed or implied by such forward-looking statements depending upon a

TAB 7

THIS EXHIBIT HAS BEEN DESIGNATED
HIGHLY CONFIDENTIAL
AND IS FILED UNDER SEAL

TAB 8

THIS EXHIBIT HAS BEEN DESIGNATED
CONFIDENTIAL
AND IS FILED UNDER SEAL

TAB 9

43 of 55 DOCUMENTS

Copyright 2007 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

May 11, 2007 Friday 11:00 AM GMT

**LENGTH:** 5549 words

**HEADLINE:** Warner Chilcott Reports Operating Results for the Quarter Ended March 31, 2007 and Raises 2007 Full Year Guidance;
LOESTRIN 24 FE and TACLONEX Fuel Strong Growth in First Quarter Revenue and Cash Net Income

**DATELINE:** HAMILTON, Bermuda May 11

**BODY:**

HAMILTON, Bermuda, May 11 /PRNewswire-FirstCall/ -- Warner Chilcott Limited (NASDAQ:WCRX) today announced its results for the quarter ended March 31, 2007. Total revenue in the quarter rose to $218.4 million, an increase of 31.2%, over the prior year quarter. The revenue growth in the quarter ended March 31, 2007 was driven by LOESTRIN 24 FE and TACLONEX, both of which were launched in April 2006. The Company reported a net loss of $4.5 million in the quarter compared with a net loss of $27.3 million in the prior year quarter.

Cash net income in the quarter ended March 31, 2007 was $51.0 million. The current quarter included a $7.5 million expense relating to the proposed settlements of certain legal actions related to OVCON 35. Excluding the after-tax impact of this expense, adjusted cash net income for the quarter was $58.4 million.

References in this release to "cash net income" mean the Company's net income adjusted for the after-tax effects of two non-cash items: amortization of intangible assets and amortization (or write-off) of deferred loan costs related to our debt. Reconciliations from the Company's reported results in accordance with U.S. GAAP to cash net income and to adjusted cash net income for all periods are presented in the table at the end of this press release.

"We had a strong quarter" said CEO Roger Boissonneault. "LOESTRIN 24 FE and TACLONEX were major contributors to our revenue growth. During the first quarter we completed the expansion of our Chilcott sales force which will enable us to launch promotional efforts behind our FEMCON FE brand and add another growth driver to our portfolio."

Revenue

Revenue in the quarter ended March 31, 2007 was $218.4 million, an increase of $51.9 million or 31.2% over the prior year quarter. The primary drivers of the increase in revenue were the net sales of two products introduced in March 2006, LOESTRIN 24 FE and TACLONEX, which together contributed $59.0 million of growth for the quarter ended March 31, 2007 compared to the same quarter last year.

Sales of the Company's oral contraceptives increased $14.8 million in the quarter, or 29.2%, compared with the prior year quarter. Beginning in April 2006, LOESTRIN 24 FE became the top promotional priority of our 175 territory Women's Healthcare sales force generating revenue of $34.4 million in the quarter ended March 31, 2007 compared to $1.4 million in the prior year quarter. Filled prescriptions of LOESTRIN 24 FE increased 36.4% sequentially in the quarter ended March 31, 2007 compared to the quarter ended December 31, 2006. ESTROSTEP net sales decreased

Warner Chilcott Reports Operating Results for the Quarter Ended March 31, 2007 and Raises 2007 Full Year Guidance;
LOESTRIN 24 FE and TACLONEX Fuel Strong Growth in First Quarter Revenue and Cash Net

$3.8 million during the first quarter, or 14.7%, due primarily to a decline in filled prescriptions of 20.1% offset partially by higher average selling prices. ESTROSTEP filled prescriptions declined due to the Company's promotional shift to LOESTRIN 24 FE. OVCON net sales during the quarter declined $19.4 million, or 80.7%, compared with the prior year quarter. The decline in OVCON revenue was due to the introduction of a generic version of OVCON 35 in late October 2006, which led to an 80.4% decline in filled prescriptions for OVCON 35 compared to the same quarter last year. FEMCON FE generated net sales in the quarter ended March 31, 2007 of $5.0 million. The Company introduced and began commercial sales of FEMCON FE in the second half of 2006, but did not initiate promotional efforts to launch the product until April 2007. Beginning in April 2007, FEMCON FE became the top promotional priority for our newly expanded Chilcott Labs sales force.

Sales of our dermatology products increased $35.5 million, or 56.7%, compared to the prior year quarter, primarily due to the increase in TACLONEX sales of $26.0 million. TACLONEX, which was launched in April 2006, achieved sequential growth in filled prescriptions of 12.7% in the first quarter compared to the quarter ended December 31, 2006. Sales of DORYX increased $1.4 million, or 5.6%, compared to the prior year quarter. DORYX prescriptions, which had been growing during the period from July 1, 2005 through June 30, 2006, softened in the second half of 2006 due to decreased promotional emphasis following the April 2006 launch of TACLONEX. In January 2007, the Company took steps to increase its Dermatology sales force's promotional efforts with DORYX. While filled prescriptions for DORYX declined 15.3% compared to the same quarter last year, DORYX net sales in the quarter increased as price increases more than offset the decline in filled prescriptions. Sales of DOVONEX increased $8.1 million, or 23.8%, compared with the prior year quarter as price increases more than offset a 16.6% decline in filled prescriptions.

Sales of our hormone therapy products increased $2.6 million, or 7.9%, compared with the prior year quarter. The launch of the low-dose version of FEMHRT in 2006 helped to slow the decline of filled prescriptions in our hormone therapy portfolio. FEMHRT filled prescriptions were down 5.0% in the quarter compared with the prior year, the impact of which was essentially offset by increased selling prices. Filled prescriptions for ESTRACE Cream were down 3.5% in the quarter compared with the prior year, which was more than offset by increased selling prices. However, a contraction of pipeline inventories of ESTRACE CREAM in the quarter relative to the prior year quarter contributed to a 5.3% decrease in net sales of the product. SARAFEM, our product used to treat symptoms of pre-menstrual dysphoric disorder (PMDD), had sales of $9.2 million in the quarter ended March 31, 2007 compared with $10.6 million in the prior year quarter. The decrease is due to a 25.9% decline in filled prescriptions offset in part by increased prices.

Cost of Sales (excluding amortization of intangible assets)

Cost of sales increased $18.8 million in the quarter ended March 31, 2007 compared with the prior year quarter primarily due to the 29.9% increase in product net sales. Cost of sales in the quarter ended March 31, 2006 included $1.5 million representing the increased values of DOVONEX inventory recorded through the allocation of acquisition purchase price. Adjusted for the DOVONEX inventory step-up in the prior year quarter, our gross profit margin on product net sales decreased from 81.8% in the prior year to 76.6% in the current quarter. The decrease in our gross profit margin on product net sales was due to a number of factors including the mix of products sold with net sales of DOVONEX and TACLONEX accounting for 32.9% of our product net sales in the current quarter compared with 22.2% in the prior year quarter. Our gross profit margin was further reduced by the impact of a $3.6 million reserve recorded during the quarter for inventories of certain DOVONEX products on hand as of March 31, 2007 which we do not expect to sell due to a shift in our marketing strategies relating to the DOVONEX/TACLONEX product family. The cost of sales for DOVONEX and TACLONEX (which includes royalties based on our net sales, as defined in the relevant supply agreements), expressed as a percentage of product net sales, are significantly higher than the costs for our other products.

Selling, General and Administrative ("SG&A") Expenses

SG&A expenses for the quarter ended March 31, 2007 were $77.9 million, an increase of $39.6 million, from $38.3 million in the prior year quarter. Advertising and promotion increased $21.7 million over the prior year quarter

Warner Chilcott Reports Operating Results for the Quarter Ended March 31, 2007 and Raises 2007 Full Year Guidance;
LOESTRIN 24 FE and TACLONEX Fuel Strong Growth in First Quarter Revenue and Cash Net

primarily due to the timing of two flights of direct to consumer advertising for LOESTRIN 24 FE totaling $15.4 million and other promotional spending in support of our new products. Selling and distribution expenses increased $5.2 million over the prior year quarter primarily due to the expansion of our field sales forces by approximately 75 territories to support the initiation of promotional activities for FEMCON FE beginning in the second quarter of 2007. In support of this launch, during the quarter ended June 30, 2007, we will run a flight of direct to consumer advertising for FEMCOM FE resulting in an expense of approximately $10.0 million. General, administrative and other expenses increased $12.7 million primarily due to an increase in legal expenses of $11.4 million which included a $7.5 million reserve for the proposed settlements of certain legal actions related to OVCON 35.

Research and Development ("R&D") Activities

Our investment in product R&D totaled $7.4 million in the quarter ended March 31, 2007 compared with $9.6 million in the prior year quarter. R&D expense for the quarter ended March 31, 2006 included $3.0 million representing our cost to acquire an option to purchase certain rights with respect to a topical dermatology product currently in development by LEO. We expect our investment in R&D in 2007, exclusive of milestone payments we may make to third parties, to increase from the levels seen in 2006 as we anticipate having several clinical programs in process during the year.

Net Interest Expense

Net interest expense for the quarter ended March 31, 2007 was $30.9 million, a decrease of $14.2 million from $45.1 million in the prior year period. Included in the quarter ended March 31, 2007 was $1.3 million relating to the write-off of deferred loan costs associated with the prepayment of $60.0 million of our senior secured credit facility debt on March 30, 2007. The decrease in interest expense is primarily the result of reductions in outstanding debt of $738.2 million from March 31, 2006 to March 31, 2007, offset partially by higher interest rates in the current quarter compared with the same quarter in 2006.

Income taxes

Our effective tax rate for the quarter ended March 31, 2007 was 25.0%, which reflects our current estimate of the corporate effective tax rate for the full year 2007. The effective income tax rate for interim periods and the full year can be volatile due to changes in income mix forecasted among the various tax jurisdictions in which we operate.

Cash Net Income and Adjusted Cash Net Income

Cash net income for the quarter ended March 31, 2007 was $51.0 million. In arriving at cash net income, we add back the after-tax impact of the book amortization of intangible assets and the amortization or write off of deferred financing costs. These items are tax-effected at the estimated marginal rates attributable to them. In the first quarter of 2007, the marginal tax rates associated with the amortization of intangible assets was 8.6% and the rate for amortization and write off of deferred financing costs was 9.1%.

The current quarter included $7.5 million of expenses relating to the proposed settlements of certain legal actions related to OVCON 35. Excluding the after-tax impact of this expense, adjusted cash net income for the quarter was $58.4 million or $0.23 per share based on all 250.6 million Class A shares outstanding.

Liquidity, Balance Sheet and Cash Flows

As of March 31, 2007, our cash and cash equivalents totaled $68.5 million and total debt outstanding was $1,487.8 million with no borrowings outstanding under our revolving credit facility. We generated $58.0 million of cash from operating activities in the quarter ended March 31, 2007 compared with $21.8 million in the prior year quarter. Net loss during the quarter ended March 31, 2007 decreased by $22.8 million to $4.5 million as compared with the prior year quarter. The quarter ended March 31, 2006 included increases in inventories of $26.0 million primarily due to the new

Warner Chilcott Reports Operating Results for the Quarter Ended March 31, 2007 and Raises 2007 Full Year Guidance;
LOESTRIN 24 FE and TACLONEX Fuel Strong Growth in First Quarter Revenue and Cash Net

DOVONEX and TACLONEX inventories which lowered the cash flows from operating activities. This increase in DOVONEX and TACLONEX inventories in 2006 does not have a continuing impact on our cash flows from operations. Capital expenditures in the current quarter totaled $3.8 million and included continued investments in our Fajardo, Puerto Rico manufacturing facility.

2007 Financial Guidance Update

Based on the first quarter results and the current outlook for the remainder of 2007, the Company is increasing its full year 2007 financial guidance. For 2007, the Company anticipates revenue to be in the range of $850 to $870 million based on our increased outlook for sales of LOESTRIN 24 FE, FEMCON FE and TACLONEX.

Total SG&A expenses are expected to be in the range of $243 to $254 million, an increase of $21 million from original guidance given in January 2007. This reflects an increase in promotional expenses in the second half of 2007, additional selling expense primarily related to the addition of ten sales territories and the $7.5 million of general and administrative expense incurred in the first quarter related to the proposed OVCON 35 litigation settlements.

Based on the revised guidance, GAAP net income is expected to be in the range of $12 to $17 million. Adjusted cash net income, which adds back the after tax impact of book amortization of intangible assets, the amortization and write off of deferred financing costs and the first quarter expense associated with the proposed OVCON 35 litigation settlements, is expected to be in the range of $235 to $240 million. Using 250.6 million Class A common shares, the Company expects adjusted cash net income per share to be in the range of $0.94 to $0.96 for the full year 2007.

For a detailed view of the Company's updated 2007 financial guidance as compared to the original guidance provided in January 2007, please refer to the summary at the end of the press release.

Investor Conference Call

The Company is hosting a conference call, open to all interested parties, on Friday, May 11, 2007 beginning at 8:00 AM EDT. The number to call within the United States and Canada is (800) 361-0912. Participants outside the United States and Canada should call (913) 981-5559. The conference ID number is 7640384. A replay of the conference call will be available from two hours after the call through midnight EDT June 2, 2007 and can be accessed by dialing (888) 203-1112 from within the United States and Canada or (719) 457- 0820 from outside the United States and Canada.

The Company

Warner Chilcott is a leading specialty pharmaceutical company focused on developing, manufacturing, marketing and selling branded prescription products in the women's healthcare and dermatology therapeutic categories in the United States. WCRX-F

Forward Looking Statements

This press release contains forward-looking statements, including statements concerning our operations, our economic performance and financial condition, and our business plans and growth strategy and product development efforts. These statements constitute forward-looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. The words "may," "might," "will," "should," "estimate," "project," "plan," "anticipate," "expect," intend," "outlook," "believe" and other similar expressions are intended to identify forward- looking statements. Readers are cautioned not to place undue reliance on these forward-looking statements, which speak only as of their dates. These forward-looking statements are based on estimates and assumptions by our management that, although we believe to be reasonable, are inherently uncertain and subject to a number of risks and uncertainties.

The following represent some, but not necessarily all, of the factors that could cause actual results to differ from

Warner Chilcott Reports Operating Results for the Quarter Ended March 31, 2007 and Raises 2007 Full Year Guidance;
LOESTRIN 24 FE and TACLONEX Fuel Strong Growth in First Quarter Revenue and Cash Net

historical results or those anticipated or predicted by our forward-looking statements: our substantial indebtedness; competitive factors in the industry in which we operate; our ability to protect our intellectual property; a delay in qualifying our manufacturing facility to produce our products or production or regulatory problems with either third party manufacturers upon whom we may rely for some of our products or our own manufacturing facility; pricing pressures from reimbursement policies of private managed care organizations and other third party payors, government sponsored health systems, the continued consolidation of the distribution network through which we sell our products, including wholesale drug distributors and the growth of large retail drug store chains; the loss of key senior management or scientific staff; an increase in litigation, including product liability claims and patent litigation; government regulation affecting the development, manufacture, marketing and sale of pharmaceutical products, including our ability and the ability of companies with whom we do business to obtain necessary regulatory approvals; our business; our ability to manage the growth of our business by successfully identifying, developing, acquiring or licensing and marketing new products, obtain regulatory approval and customer acceptance of those products, and continued customer acceptance of our existing products; the other risks identified in our December 31, 2006 annual report on Form 10-K; and other risks detailed from time-to-time in our financial statements and other investor communications.

    We caution you that the foregoing list of important factors is not exclusive.  In addition, in light of these risks and uncertainties, the matters referred to in our forward-looking statements may not occur.  We undertake no obligation to publicly update or revise any forward-looking statement as a result of new information, future events or otherwise, except as may be required by law.

    Reconciliations to GAAP Net (Loss)
    Cash Net Income and Adjusted Cash Net Income

    To supplement its condensed consolidated financial statements presented in accordance with accounting principles generally accepted in the United States of America ("GAAP"), the Company is providing a summary to show the computation of cash net income and adjusted cash net income to add back certain non-cash and one-time or nonrecurring charges. The Company believes that the presentation of cash net income and adjusted cash net income provide useful information to both management and investors concerning the approximate impact of the above items. The Company also believes that considering the effect of these items allows management and investors to better compare the Company's financial performance from period-to-period, and to better compare the Company's financial performance with that of its competitors. The presentation of this additional information is not meant to be considered in isolation of, or as a substitute for, results prepared in accordance with GAAP.

    Adjusted EBITDA

    To supplement its condensed consolidated financial statements presented in accordance with accounting principles generally accepted in the United States of America ("GAAP"), the Company is providing a summary to show the computation of adjusted earnings before interest, taxes, depreciation and amortization ("EBITDA") taking into account certain charges that were taken during the periods ended March 31, 2007 and 2006.  The computation of adjusted EBITDA is based on the definition of EBITDA contained in the indenture governing the Company's 8 3/4% Senior Subordinated Notes due 2015.

WARNER CHILCOTT LIMITED
CONDENSED CONSOLIDATED STATEMENTS OF OPERATIONS
(In thousands of U.S. dollars, except per share amounts)
(Unaudited)

Quarter Ended
Mar-31-07     Mar-31-06

Warner Chilcott Reports Operating Results for the Quarter Ended March 31, 2007 and Raises 2007 Full Year Guidance;
LOESTRIN 24 FE and TACLONEX Fuel Strong Growth in First Quarter Revenue and Cash Net

```
REVENUE:
Product net sales                            $216,159      $166,461
Other revenue                                   2,262             -
   Total revenue                              218,421       166,461

COSTS & EXPENSES:
   Cost of sales (excludes amortization)       50,597        31,807
   Selling, general and administrative         77,898        38,286
   Research and development                     7,432         9,571
   Amortization of intangible assets           57,553        58,826
   Interest income                             (1,331)         (404)
   Interest expense                            32,275        45,496
   Accretion on preferred stock of subsidiary       -         8,701

(LOSS) BEFORE TAXES                            (6,003)      (25,822)
   (Benefit) / provision for income taxes      (1,501)        1,434
NET (LOSS)                                     (4,502)      (27,256)
   Preferential distribution to Class
   L shareholders                                   -        21,837
Net (loss) attributable to Class
A shareholders                               $(4,502)     $(49,093)

Earnings (Loss) per share:
Class A - Basic & Diluted                     $(0.02)       $(0.55)
Class L - Basic                                   (a)         $2.05
Class L - Diluted                                 (a)         $2.05

RECONCILIATION TO CASH NET INCOME:
Net (loss)                                   $(4,502)     $(27,256)
   + Amortization of intangible
   assets, net of tax                          52,607        53,768
   + Amortization of deferred loan costs,
   net of tax                                   2,904         2,293
      Cash net income                         $51,009       $28,805

Non-recurring, one-time charges included above:
   + Accretion on preferred stock of
   subsidiary, net of tax                           -         8,701
   + Expenses related to litigation
   settlements, net of tax                      7,350             -
      ADJUSTED CASH NET INCOME                $58,359       $37,506

(a) = All outstanding Class L common stock of the Company (the "Class L
      common shares") was converted into Class A common stock of the
      Company (the "Class A common shares") upon the Company's initial
```

Page 7

Warner Chilcott Reports Operating Results for the Quarter Ended March 31, 2007 and Raises 2007 Full Year Guidance;
LOESTRIN 24 FE and TACLONEX Fuel Strong Growth in First Quarter Revenue and Cash Net

public offering ("IPO") on September 20, 2006.

WARNER CHILCOTT LIMITED

CONDENSED CONSOLIDATED BALANCE SHEETS

(In thousands of U.S. dollars)

(Unaudited)

|  | As of March 31, 2007 | As of December 31, 2006 |
|---|---|---|
| ASSETS | | |
| Current assets: | | |
| Cash & cash equivalents | $68,502 | $84,464 |
| Accounts receivable, net | 74,318 | 74,287 |
| Inventories | 68,929 | 66,376 |
| Prepaid expenses & other current assets | 88,571 | 70,678 |
| Total current assets | 300,320 | 295,805 |
| Other assets: | | |
| Property, plant and equipment, net | 49,204 | 46,035 |
| Intangible assets, net | 1,483,405 | 1,533,757 |
| Goodwill | 1,244,194 | 1,241,452 |
| Other non-current assets | 42,470 | 45,496 |
| TOTAL ASSETS | $3,119,593 | $3,162,545 |
| LIABILITIES | | |
| Current liabilities: | | |
| Accounts payable | $27,715 | $23,094 |
| Accrued expenses & other current liabilities | 140,318 | 136,101 |
| Current portion of long-term debt | 11,182 | 11,790 |
| Total current liabilities | 179,215 | 170,985 |
| Other liabilities: | | |
| Long-term debt, excluding current portion | 1,476,620 | 1,538,960 |
| Other non-current liabilities | 140,630 | 124,368 |
| Total liabilities | 1,796,465 | 1,834,313 |
| SHAREHOLDERS' EQUITY | 1,323,128 | 1,328,232 |
| TOTAL LIABILITIES & SHAREHOLDERS' EQUITY | $3,119,593 | $3,162,545 |

WARNER CHILCOTT LIMITED

CONDENSED CONSOLIDATED STATEMENTS OF CASH FLOW

(In thousands of U.S. dollars)

(Unaudited)

Warner Chilcott Reports Operating Results for the Quarter Ended March 31, 2007 and Raises 2007 Full Year Guidance;
LOESTRIN 24 FE and TACLONEX Fuel Strong Growth in First Quarter Revenue and Cash Net

|  | Quarter Ended | |
|---|---|---|
|  | Mar-31-07 | Mar-31-06 |
| CASH FLOWS FROM OPERATING ACTIVITIES: | | |
| Net (loss) | $(4,502) | $(27,256) |
| Adjustments to reconcile net (loss) to net cash provided by operating activities: | | |
| Depreciation | 2,354 | 1,595 |
| Amortization of intangible assets | 57,553 | 58,826 |
| Amortization of debt finance costs | 3,193 | 2,757 |
| Stock compensation expense | 1,685 | 762 |
| Accretion of preferred stock in subsidiary | 0 | 8,701 |
| Changes in assets and liabilities: | | |
| (Increase) in accounts receivable, prepaid and other assets | (9,791) | (8,755) |
| (Increase) in inventories | (2,553) | (25,962) |
| Increase in accounts payable, accrued & other liabilities | 9,705 | 3,441 |
| Increase in income taxes and other, net | 407 | 7,665 |
| Net cash provided by operating activities | $58,051 | $21,774 |
| CASH FLOWS FROM INVESTING ACTIVITIES: | | |
| Purchase of intangible assets | (7,200) | (245,736) |
| Capital expenditures | (3,809) | (3,156) |
| Net cash (used in) investing activities | $(11,009) | $ (248,892) |
| CASH FLOWS FROM FINANCING ACTIVITIES: | | |
| Borrowings under bank term credit facility | 0 | 240,000 |
| (Repayments) under senior secured credit term loan facility | (62,948) | (3,500) |
| Borrowings under revolving credit facilities | 0 | 20,000 |
| (Repayment) of revolving credit facilities | 0 | (20,000) |
| Other | (56) | (75) |
| Net cash (used in) / provided by financing activities | (63,004) | 236,425 |
| Net (decrease) / increase in cash and cash equivalents | $(15,962) | $9,307 |
| Cash and cash equivalents, beginning of period | 84,464 | 11,502 |
| Cash and cash equivalents, end of period | $68,502 | $20,809 |

WARNER CHILCOTT LIMITED

Warner Chilcott Reports Operating Results for the Quarter Ended March 31, 2007 and Raises 2007 Full Year Guidance;
LOESTRIN 24 FE and TACLONEX Fuel Strong Growth in First Quarter Revenue and Cash Net

```
              Reconciliation of Net (loss) to Adjusted EBITDA
                      (In thousands of U.S. dollars)
                             (Unaudited)
```

|  | Quarter Ended | |
|---|---|---|
|  | Mar-31-07 | Mar-31-06 |
| RECONCILIATION TO ADJUSTED EBITDA: | | |
| Net (loss) - GAAP | $(4,502) | $(27,256) |
| + Interest expense, net | 30,944 | 45,092 |
| + (Benefit)/provision for income taxes | (1,501) | 1,434 |
| + Stepped up basis of inventory in cost of sales | - | 1,464 |
| + Non-operating, sponsors' management fees in SG&A | - | 1,250 |
| + Non-cash share-based compensation expense | 1,685 | 762 |
| + Depreciation | 2,354 | 1,595 |
| + Amortization of intangible assets | 57,553 | 58,826 |
| + LEO R&D expense | - | 3,000 |
| + Accretion on preferred stock in subsidiary | - | 8,701 |
| + Litigation settlements | 7,500 | |
| Adjusted EBITDA of WCL, as defined | $94,033 | $94,868 |
| + Expenses of WCL and other | 1,231 | - |
| Adjusted EBITDA of Warner Chilcott Holdings Company III, Ltd., as defined | $95,264 | $94,868 |

Note: Warner Chilcott Holdings Company III, Limited and certain of its
      subsidiaries are parties to our credit agreement and the indenture
      governing our Senior Subordinated Notes due 2015. Warner Chilcott
      Limited is not a party to these agreements. Certain expenses
      included in Warner Chilcott Limited's consolidated operating results
      are not deducted in arriving at Adjusted EBITDA for Warner Chilcott
      Holdings Company III, Ltd and its subsidiaries.

```
                        WARNER CHILCOTT LIMITED
                          REVENUE BY PRODUCT
                     (In millions of U.S. dollars)
                             (Unaudited)
```

|  | | | Increase | |
|---|---|---|---|---|
|  | Quarter Ended | | (decrease) | |
|  | Mar-31-07 | Mar-31-06 | Dollars | Percent |
| Oral Contraception ("OC") | | | | |
| LOESTRIN 24 FE | $34.4 | $1.4 | $33.0 | n.m. |

Page 10

Warner Chilcott Reports Operating Results for the Quarter Ended March 31, 2007 and Raises 2007 Full Year Guidance; LOESTRIN 24 FE and TACLONEX Fuel Strong Growth in First Quarter Revenue and Cash Net

| | | | | |
|---|---|---|---|---|
| FEMCON FE | 5.0 | – | 5.0 | 100.0% |
| ESTROSTEP FE | 22.0 | 25.8 | (3.8) | -14.7% |
| OVCON 35/50 | 4.6 | 24.0 | (19.4) | -80.7% |
| Total OC | 66.0 | 51.2 | 14.8 | 29.2% |
| Hormone therapy ("HT") | | | | |
| ESTRACE Cream | $15.7 | $16.6 | $(0.9) | -5.3% |
| FEMHRT | 13.2 | 13.2 | – | 0.4% |
| FEMRING | 3.5 | 2.1 | 1.4 | 70.4% |
| ESTRACE | | | | |
| Tablets | 2.6 | 1.5 | 1.1 | 68.4% |
| FEMTRACE | 1.4 | 0.4 | 1.0 | 249.9% |
| Total HT | 36.4 | 33.8 | 2.6 | 7.9% |
| Dermatology | | | | |
| DOVONEX | $41.9 | $33.8 | $8.1 | 23.8% |
| TACLONEX | 29.2 | 3.2 | 26.0 | n.m. |
| DORYX | 26.7 | 25.3 | 1.4 | 5.6% |
| Total Dermatology | 97.8 | 62.3 | 35.5 | 56.7% |
| PMDD | | | | |
| SARAFEM | $9.2 | $10.6 | $(1.4) | -13.2% |
| Other product sales | | | | |
| Other | 1.0 | 2.7 | (1.7) | -62.6% |
| Contract manufacturing | 5.7 | 5.9 | (0.2) | -2.2% |
| Total product net sales | 216.1 | 166.5 | 49.6 | 29.9% |
| Other revenue | | | | |
| Other non-product revenue | 2.3 | – | 2.3 | 100.0% |
| Total revenue | $218.4 | $166.5 | $51.9 | 31.2% |

WARNER CHILCOTT LIMITED

SUMMARY OF SG&A EXPENSES

(In millions of U.S. dollars)

(Unaudited)

| | Quarter Ended | | Increase (decrease) | |
|---|---|---|---|---|
| | Mar-31-07 | Mar-31-06 | Dollars | Percent |
| Advertising & promotion | $31.3 | $9.6 | $ 21.7 | 227.3% |
| Selling & distribution | 21.7 | 16.5 | 5.2 | 31.4% |
| General, administrative & other | 24.9 | 12.2 | 12.7 | 104.4% |
| Total SG&A | $77.9 | $38.3 | $39.6 | 103.5% |

Warner Chilcott Reports Operating Results for the Quarter Ended March 31, 2007 and Raises 2007 Full Year Guidance;
LOESTRIN 24 FE and TACLONEX Fuel Strong Growth in First Quarter Revenue and Cash Net

Warner Chilcott Limited
2007 Full Year Financial Guidance
(U.S. dollars in millions, except per share)

|  | Original Guidance<br>January 2007 | Revised Guidance<br>May 2007 |
|---|---|---|
| Total Revenue | $820 to $840 | $850 to $870 |
| Gross margin as a % of revenue | 79% to 80% | 79% to 80% |
| SG&A Expenses: |  |  |
| Selling | $82 to $85 | $87 to $90 |
| A&P | $70 to $73 | $80 to $83 |
| G&A | $70 to $73 | $78 to $81 |
|   Total SG&A Expense | $222 to $231 | $243 to $254 |
| Total R&D(1) | $40 to $45 | $40 to $45 |
| Total income tax provision(2) | 8% to 9% of EBTA | 8% to 9% of EBTA |
| GAAP Net Income | $8.0 to $13.0 | $12.0 to $17.0 |
| Cash Net Income ("CNI"), adjusted(3) | $225 to $230 | $235 to $240 |
| CNI per share, adjusted(4) | $0.90 to $0.92 | $0.94 to $0.96 |

(1) Total R&D consists of internal R&D anticipated to be in the range of
    $30 to $35 million and a $10 million milestone payment to LEO Pharma
    is the midpart of 2007.

(2) A proxy for the total 2007 tax provision is estimated to be in the
    range of 8% to 9% of earnings before taxes and book amortization.

(3) A reconciliation of GAAP net income to adjusted cash net income adds
    back the expected after tax impact of amortization of intangibles
    ($204.8M), the expected after tax impact of deferred financing fees
    ($10.8M) and the 1Q07 expense associated with the proposed settlement
    of legal actions related to OVCON 35 ($7.4M).

(4) Cash net income per share is based on 250.6 million fully diluted
    Class A shares.

CONTACT: Rochelle Fuhrmann, Investor Relations, of Warner Chilcott
Limited, +1-973-442-3281, rfuhrmann@wcrx.com

Web site: http://www.warnerchilcott.com/

SOURCE Warner Chilcott Limited

URL: http://www.prnewswire.com

LOAD-DATE: May 12, 2007

TAB 10

# WARNER CHILCOTT LTD

## FORM 10-K
### (Annual Report)

## Filed 3/26/2007 For Period Ending 12/31/2006

| | |
|---|---|
| Address | 22 VICTORIA ST CANONS COURT |
| | HAMILTON HM 12 BERMUDA, 00000 |
| Telephone | 441-295-2244 |
| CIK | 0001323854 |
| Industry | Biotechnology & Drugs |
| Sector | Healthcare |
| Fiscal Year | 12/31 |

Powered By EDGAR Online

http://www.edgar-online.com/
© Copyright 2006. All Rights Reserved.
Distribution and use of this document restricted under EDGAR Online Terms of Use.

# UNITED STATES
# SECURITIES AND EXCHANGE COMMISSION
### WASHINGTON, D.C. 20549

# FORM 10-K

(Mark One)

☑ **ANNUAL REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the year ended December 31, 2006

or

☐ **TRANSITION REPORT PURSUANT TO SECTION 13 OR 15(d) OF THE SECURITIES EXCHANGE ACT OF 1934**

For the transition period from _____ to _____

**Commission File Number 1-33039**

# WARNER CHILCOTT LIMITED
### (Exact name of Registrant as specified in its charter)

| | |
|---|---|
| **Bermuda** | **98-0496358** |
| (State or Other Jurisdiction of Incorporation or Organization) | (I.R.S. — Employer Identification Nos.) |
| **100 Enterprise Drive** | |
| **Rockaway, New Jersey** | **07866** |
| (Address of principal executive offices) | (Zip Code) |

**Registrant's telephone number, including area code: 973-442-3200**

**Securities registered pursuant to Section 12(b) of the Act:**

| Title of each class | Name of each exchange on which registered |
|---|---|
| Common Stock, $0.01 par value | The NASDAQ Global Market |

**Securities registered pursuant to Section 12(g) of the Act: None**

Indicate by check mark whether the registrant is a well-known seasoned issuer, as defined in Rule 405 of the Securities Act.   Yes ☐   No ☑

Indicate by check mark if the registrant is not required to file reports pursuant to Section 13 or Section 15(d) of the Act.   Yes ☐   No ☑

Indicate by check mark whether the registrant (1) has filed all reports required to be filed by Section 13 or 15(d) of the Securities Exchange Act of 1934 during the preceding 12 months (or for such shorter period that the Registrant was required to file such reports), and (2) has been subject to such filing requirements for the past 90 days.   Yes ☑   No ☐

Indicate by check mark if the disclosure of delinquent filers pursuant to Item 405 of Regulation S-K is not contained herein, and will not be contained, to the best of the registrant's knowledge, in definitive proxy or information statements incorporated by reference in Part III of this Form 10-K or any amendments to this Form 10-K.   ☑

Indicate by check mark whether the registrant is a large accelerated filer, an accelerated filer or a non-accelerated filer. See definition of "accelerated filer and large accelerated filer" in Rule 12b-2 of the Exchange Act.

Large accelerated filer ☐          Accelerated filer ☐          Non-accelerated filer ☑

Indicate by check mark whether the registrant is a shell company (as defined in Rule 12b-2 of the Exchange Act.)   Yes ☐   No ☑

The initial public offering of Warner Chilcott Limited's common stock, par value of $0.01 per share, commenced on September 20, 2006. Prior to that date, there was no public market for the Registrant's common stock. The aggregate market value of common stock held by non-affiliates as of March 20, 2006 was approximately $1,328,119,726, using the closing price per share of $14.41, as reported on The NASDAQ Global Market as of such date. Shares of common stock held by the executive officers and directors and our controlling shareholders have been excluded from this calculation because such persons may be deemed to be affiliates. This determination of affiliate status is not necessarily a

conclusive determination for other purposes.

As of March 20, 2006, the number of shares of the Registrant's common stock, par value $0.01 per share, outstanding was 250,557,866.

## DOCUMENTS INCORPORATED BY REFERENCE

Certain information required by Part III of this Annual Report on Form 10-K ("Annual Report") is incorporated by reference from the Registrant's proxy statement to be filed pursuant to Regulation 14A with respect to the Registrant's year 2006 Annual Meeting of Shareholders.

Table of Contents

# WARNER CHILCOTT LIMITED
## INDEX

### PART I.

| | | |
|---|---|---|
| Item 1. | Business | 1 |
| Item 1A. | Risk Factors | 20 |
| Item 1B. | Unresolved Staff Comments | 34 |
| Item 2. | Properties | 34 |
| Item 3. | Legal Proceedings | 34 |
| Item 4. | Submission of Matters to a Vote of Security Holders | 34 |

### PART II.

| | | |
|---|---|---|
| Item 5. | Market for Registrant's Common Equity, Related Stockholder Matters and Issuer Purchases of Equity Securities | 35 |
| Item 6. | Selected Financial Data | 36 |
| Item 7. | Management's Discussion and Analysis of Financial Condition and Results of Operations | 39 |
| Item 7A. | Quantitative and Qualitative Disclosures About Market Risk | 72 |
| Item 8. | Financial Statements and Supplementary Data | 72 |
| Item 9. | Changes in and Disagreements with Accountants on Accounting and Financial Disclosure | 72 |
| Item 9A. | Controls and Procedures | 73 |
| Item 9B. | Other Information | 73 |

### PART III.

| | | |
|---|---|---|
| Item 10. | Directors, Executive Officers and Corporate Governance | 74 |
| Item 11. | Executive Compensation | 74 |
| Item 12. | Security Ownership of Certain Beneficial Owners and Management and Related Stockholder Matters | 74 |
| Item 13. | Certain Relationships and Related Transactions, and Director Independence | 74 |
| Item 14. | Principal Accounting Fees and Services | 74 |

### PART IV.

| | | |
|---|---|---|
| Item 15. | Exhibits, Financial Statement Schedules | 75 |
| Signatures | | 76 |

i

Table of Contents

- Hormone Therapy—Wyeth (Premarin ®, Premarin ® Vaginal Cream, Prempro ™), Novo Nordisk Pharmaceuticals, Inc. (Activella ®), Bayer Schering Pharma A.G./Berlex Inc. (Climara ®) and Duramed Pharmaceuticals, Inc. (Cenestin ®);

- DORYX—Medicis Pharmaceutical Corporation (Solodyn ®), Bradley Pharmaceutical (Adoxa ®) and CollaGenex Pharmaceuticals Inc. (Oracea ™); and

- Psoriasis—Galderma Laboratories, L.P. (Clobex ® Spray) and Stiefel Laboratories, Inc./Connetics Corporation (Olux ® Foam, Luxíq ® Foam).

Our branded pharmaceutical products are or may become subject to competition from generic equivalents. OVCON, ESTRACE Tablets and ESTRACE Cream are currently not protected by patents. See Item 1.A "Risk Factors—Risks Relating to Our Business—If generic products that compete with any of our branded pharmaceutical products are approved, sales of our products may be adversely affected." Generic equivalents for some of our branded pharmaceutical products are sold by other pharmaceutical companies at lower prices. As a result, drug retailers have economic incentives to fill prescriptions for branded products with generic equivalents when available. After the introduction of a generic competitor, a significant percentage of the prescriptions written for the branded product may be filled with the generic version at the pharmacy, resulting in a commensurate loss in sales of the branded product. On September 25, 2006, we terminated the exclusivity provision of our license agreement with Barr relating to OVCON 35. In October 2006, Barr launched a generic version of OVCON 35. Sales of OVCON 35 have predictably eroded as a result of the launch of the generic.

Potential generic entrants may also challenge our patents. For example, Watson Pharmaceuticals, Inc. ("Watson") submitted an ANDA to the FDA in June 2006 seeking approval to market a generic version of LOESTRIN 24 FE prior to the expiration of our patent. We have filed an infringement lawsuit against Watson in response to this submission. In addition, under an agreement to settle patent claims against Barr relating to our ESTROSTEP FE oral contraceptive and our FEMHRT hormone therapy product, we granted Barr a non-exclusive license to launch generic versions of ESTROSTEP FE and FEMHRT six months prior to patent expiration in 2008 and 2010, respectively. We cannot predict what effect, if any, such matters will have on our results of operations. In addition, legislation enacted in the United States allows or, in a few instances, in the absence of specific instructions from the prescribing physician, mandates the use of generic products rather than brand name products where a generic equivalent is available. The availability of generic equivalent products may cause a material decrease in revenue from our branded pharmaceutical products.

The pharmaceutical industry is characterized by rapid product development and technological change. Our pharmaceutical products could be rendered obsolete or made uneconomical by the development of new pharmaceutical products to treat the conditions addressed by our products, technological advances affecting the cost of production, or marketing or pricing actions by one or more of our competitors. Our business, results of operations and financial condition could be materially adversely affected by any one or more of these developments. Our competitors may also be able to complete the regulatory process for new products before we are able to do so and, therefore, may begin to market their products in advance of our products. We believe that competition among both branded and generic pharmaceuticals in the markets in which we compete will continue to be based on, among other things, product efficacy, safety, reliability, availability, promotional sampling and price.

**Manufacturing, Supply and Raw Materials**

In May 2004, we purchased an approximately 194,000 sq. ft. pharmaceutical manufacturing facility located in Fajardo, Puerto Rico from Pfizer. Adjacent to the facility is an approximately 24,000 sq. ft. warehouse and 102,000 sq. ft. parking lot, both of which we lease from third parties. The Fajardo facility currently manufactures and packages most of our women's healthcare oral dose products, including LOESTRIN 24 FE, FEMCON FE, ESTROSTEP FE and OVCON 50 oral contraceptives, and packages delayed-release DORYX tablets, FEMHRT, OVCON 35 and DOVONEX and TACLONEX samples. We currently contract with third parties to manufacture and supply certain of our other products. We will continue to rely on our third-party development partners FH Faulding & Co Limited ("Faulding") for DORYX and LEO Pharma for DOVONEX and TACLONEX.

11

Table of Contents

We conduct quality assurance audits of our manufacturing and other property sites, our contract manufacturers' sites, and our raw material suppliers' sites and all related records to confirm compliance with the relevant regulatory requirements. We also utilize our facility in Larne, Northern Ireland to manufacture our vaginal rings.

| Product | Third-Party Manufacturer | Expiration |
|---|---|---|
| DORYX | Faulding | December 2009, renewable thereafter by mutual agreement |
| ESTRACE Cream | Contract Pharmaceuticals Limited | February 2010 |
| FEMHRT | Barr | June 2009 |
| FEMTRACE | Pharmaceutics International, Inc. | June 2010 |
| OVCON 35 | Barr | May 2009 |
| DOVONEX | LEO Pharma | January 2020 |
| TACLONEX | LEO Pharma | January 2020 |

The products listed above accounted for a significant percentage of our product sales during the year ended December 31, 2006. If a supplier suffers an event that causes it to be unable to manufacture our product requirements for an extended period, the resulting shortages of inventory could have a material adverse effect on our business. See "Note 20" to the Notes to the Consolidated Financial Statements for the year ended December 31, 2006 included in this Annual Report for information concerning supplier concentration. Also see Item 1A. "Risk Factors—Risks Relating to Our Business—Delays in production could have a material adverse impact on our business."

**Patents, Proprietary Rights and Trademarks**

Protecting our intellectual property, such as trademarks and patents, is a key part of our strategy.

*Patents, Trade Secrets and Proprietary Knowledge*

We rely on patents, trade secrets and proprietary knowledge to protect our products. We take steps to enforce our legal rights against third parties when we believe that our intellectual property or other proprietary rights have been infringed. For example, we filed a complaint against Berlex Inc. ("Berlex") and Schering in the U.S. District Court for the District of New Jersey alleging that Berlex and Schering were willfully infringing the patent covering our LOESTRIN 24 FE oral contraceptive in connection with the marketing and sale of Yaz ® . In November 2006, we reached a settlement with Berlex and Schering in connection with the patent complaint. Under the terms of the settlement, Schering will make certain payments and will license to us its proprietary selective glucocorticoid receptor agonist (SEGRA) compound for the oral or topical treatment of inflammatory skin diseases. We will pay a royalty to Schering on sales of any product containing the SEGRA compound under the license. We also filed a complaint against Watson and one of its subsidiaries alleging that Watson's submission of an ANDA for a generic version of LOESTRIN 24 FE infringes the patent covering our LOESTRIN 24 FE oral contraceptive. See "Note 19" to the Notes to the Consolidated Financial Statements for the year ended December 31, 2006 included elsewhere in this Annual Report for a description of our litigation. We also seek to protect our proprietary rights by filing applications for patents on certain inventions, and entering into confidentiality, non-disclosure and assignment of invention agreements with our employees, consultants, licensees and other companies. However, we do not ultimately control whether we will be successful in enforcing our legal rights against third party infringers, whether our patent applications will result in issued patents, whether our patent will be subjected to inter parte reexaminations by the United States Patent and Trademark Office (the "USPTO"), whether our confidentiality, non-disclosure and assignment of invention agreements will not be breached and whether we will have adequate remedies for any such breach, or that our trade secrets will not otherwise become known by competitors. In addition, some of our key products are not protected by patents and proprietary rights and therefore are or may become subject to competition from generic equivalents. For a further discussion of our competition, see "—Competition" and Item. 1A. "Risk Factors—Risks Relating to Our Business—If generic products that compete with any of our branded pharmaceutical products are approved, sales of our products may be adversely affected."

12

TAB 11

7 of 8 DOCUMENTS

Copyright 2007 PR Newswire Association LLC.
All Rights Reserved.
PR Newswire US

January 29, 2007 Monday 9:00 PM GMT

**LENGTH:** 1029 words

**HEADLINE:** Warner Chilcott and Watson Pharmaceuticals Announce Launch of Zenchent(TM)

**DATELINE:** FAJARDO, Puerto Rico and CORONA, Calif. Jan. 29

**BODY:**

   FAJARDO, Puerto Rico and CORONA, Calif., Jan. 29  /PRNewswire/ -- Warner Chilcott Company, Inc. and Watson Pharmaceuticals, Inc. announced today that under a supply agreement between Warner Chilcott and Watson Pharma, Inc., Watson has launched Zenchent(TM) (norethindrone and ethinyl estradiol tablets USP), the generic version of Warner Chilcott's oral contraceptive Ovcon 35(R).

   Under the terms of the agreement, Warner Chilcott will supply Zenchent(TM) to Watson Pharma, which will market, sell and distribute the generic product in the United States. Warner Chilcott will receive a share of the profits from Watson's sales of the generic product in the U.S. market. Further details on the agreement have not been disclosed.

   Warner Chilcott Company, Inc. is a subsidiary of Warner Chilcott Limited (NASDAQ:WCRX)

   Watson Pharma, Inc. is a subsidiary of Watson Pharmaceuticals, Inc. (NYSE:WPI).

   About Warner Chilcott

   Warner Chilcott is a specialty pharmaceutical company focused on developing, manufacturing, marketing and selling branded prescription pharmaceutical products in women's healthcare and dermatology in the U.S. WCRX-G

   Read more on
http://www.warnerchilcott.com/

   Warner Chilcott's Forward Looking Statements:

   This press release contains forward-looking statements, including statements concerning our product development efforts. These statements constitute forward looking statements within the meaning of Section 27A of the Securities Act of 1933 and Section 21E of the Securities Exchange Act of 1934. The words "may," "might," "will," "should," "estimate," "project," "plan," "anticipate," "expect," intend," "outlook," "believe" and other similar expressions are intended to identify forward-looking statements. Readers are cautioned not to place undue reliance on these forward looking statements, which speak only as of their dates. These forward-looking statements are based on estimates and assumptions by our management that, although we believe to be reasonable, are inherently uncertain and subject to a number of risks and uncertainties.

   The following represent some, but not necessarily all, of the factors that could cause actual results to differ from

Warner Chilcott and Watson Pharmaceuticals Announce Launch of Zenchent(TM) PR Newswire US January 29, 2007
Monday 9:00 PM GMT

historical results or those anticipated or predicted by our forward-looking statements: our substantial indebtedness; competitive factors in the industry in which we operate; our ability to protect our intellectual property; a delay in qualifying our manufacturing facility to produce our products or production or regulatory problems with either third party manufacturers upon whom we may rely for some of our products or our own manufacturing facility; pricing pressures from reimbursement policies of private managed care organizations and other third party payors, government sponsored health systems, the continued consolidation of the distribution network through which we sell our products, including wholesale drug distributors and the growth of large retail drug store chains; the loss of key senior management or scientific staff; an increase in litigation, including product liability claims and patent litigation; government regulation affecting the development, manufacture, marketing and sale of pharmaceutical products, including our ability and the ability of companies with whom we do business to obtain necessary regulatory approvals; our ability to successfully complete the implementation of a company-wide enterprise resource planning system without disrupting our business; our ability to manage the growth of our business by successfully identifying, developing, acquiring or licensing and marketing new products, obtain regulatory approval and customer acceptance of those products, and continued customer acceptance of our existing products; and other risks detailed from time-to-time in our financial statements and other investor communications.

We caution you that the foregoing list of important factors is not exclusive. In addition, in light of these risks and uncertainties, the matters referred to in our forward-looking statements may not occur. We undertake no obligation to publicly update or revise any forward-looking statement as a result of new information, future events or otherwise, except as may be required by law.

About Watson Pharmaceuticals, Inc.

Watson Pharmaceuticals, Inc., headquartered in Corona, California, is a leading specialty pharmaceutical company that develops, manufactures, markets, sells and distributes brand and generic pharmaceutical products. Watson pursues a growth strategy combining internal product development, strategic alliances and collaborations and synergistic acquisitions of products and businesses.

For press releases and other company information, visit Watson Pharmaceutical's Web site at http://www.watsonpharm.com/ .

Watson's Forward-Looking Statement

Any statements contained in this press release that refer to future events or other non-historical facts are forward-looking statements that reflect Watson's current perspective of existing trends and information as of the date of this release. Except as expressly required by law, Watson disclaims any intent or obligation to update these forward-looking statements. Actual results may differ materially from Watson's current expectations depending upon a number of factors affecting Watson's business. These factors include, among others, the impact of competitive products and pricing, market acceptance of and continued demand for Watson's products, difficulties or delays in manufacturing; and other risks and uncertainties detailed in Watson's periodic public filings with the Securities and Exchange Commission, including but not limited to Watson's Annual Report on Form 10-K for the year ended December 31, 2005 and its Quarterly Report on Form 10-Q for the quarter ended September 30, 2006.

CONTACT: Rochelle Fuhrmann, Director, Investor Relations of Warner Chilcott Limited, +1-973-442-3200, rfuhrmann@wcrx.com , for Warner Chilcott Company, Inc.; or Patty Eisenhaur, Director, Investor Relations of Watson Pharmaceuticals, Inc., +1-951-493-5611

Web site:  http://www.warnerchilcott.com/ http://www.watsonpharm.com/

SOURCE Warner Chilcott Company, Inc.

Warner Chilcott and Watson Pharmaceuticals Announce Launch of Zenchent(TM) PR Newswire US January 29, 2007 Monday 9:00 PM GMT

**URL:** http://www.prnewswire.com

**LOAD-DATE:** January 30, 2007