IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., et al., | Civil Action No. 05-2195 (CKK) |
|     Plaintiffs, | |
|     v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD. et al., | |
|     Defendants. | |
| WALGREEN CO., et al., | Civil Action No. 06-494 (CKK) |
|     Plaintiffs, | |
|     v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|     Defendants. | |
| CVS PHARMACY, INC., et al., | Civil Action No. 06-795 (CKK) |
|     Plaintiffs, | |
|     v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|     Defendants. | |

**DIRECT PURCHASER PLAINTIFFS' MOTION TO
FILE CERTAIN EXHIBITS FROM THE APPENDIX OF EXHIBITS UNDER SEAL**

Pursuant to Local Rule 5.1(j) and the Protective Order entered the above-captioned cases, Direct Purchaser Plaintiffs hereby respectfully move this Court for an

order to file under seal the un-redacted versions of Exhibits 3, 5, 7, 8 of the Appendix of Exhibits in Support of Direct Purchaser Plaintiffs' Motion for Partial Summary Judgment ("Appendix"). These exhibits contain Confidential or Highly Confidential information produced by Defendants in this litigation. A copy of the Appendix with these Confidential and Highly Confidential exhibits redacted will be filed publicly pursuant to the ECF filing system.

DATED: June 4, 2007                                    Respectfully submitted,

KENNY NACHWALTER P.A.                                  KAPLAN FOX & KILSHEIMER LLP

By:/s/ Scott Perwin                                    By: /s/ Linda P. Nussbaum
Robert D.W. Landon III (D.C. Bar No. 441571)           Linda P. Nussbaum (D.C. Bar No. 483254)
Scott Perwin (admitted pro hac vice)                   Christine M. Fox
1100 Miami Center                                      805 Third Avenue, 22nd Floor
201 South Biscayne Boulevard                           New York, NY 10022
Miami, FL 33131                                        (212) 687-1980
(305) 373-1000                                         (212) 687-7714 (Fax)
(305) 372-1861 (Fax)

**Counsel for Plaintiffs Walgreen Co., Inc., et al.:**

HANGLEY ARONCHICK SEGAL &                              BOIES, SCHILLER & FLEXNER LLP
PUDLIN                                                 William Isaacson (D.C. Bar No. 414788)
Steve D. Shadowen                                      Tanya Chutkan (D.C. Bar No. 420478)
Monica L. Rebuck                                       5301 Wisconsin Avenue, N.W., Suite 800
30 North Third Street, Suite 700                       Washington, D.C. 20015
Harrisburg, PA 17101-1701                              (202) 237-2727
(717) 364-1030                                         (202) 237-6131 (Fax)
(717) 364-1020 (Fax)

**Counsel for Plaintiffs CVS Pharmacy, Inc., et al.**

2

BOIES, SCHILLER & FLEXNER LLP
Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
26 South Main Street
Hanover, NH 03755
(603) 643-9090
(603) 643-9010 (Fax)

BERGER & MONTAGUE, P.C.
Daniel Berger
David Sorensen
Eric L. Cramer
1622 Locust Street
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (Fax)

GARWIN GERSTEIN & FISHER, LLP
Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
1501 Broadway, Suite 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (Fax)

RODA NAST, P.C.
Dianne M. Nast
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200 (Fax)

HAGENS BERMAN SOBOL &
    SHAPIRO LLP
Thomas M. Sobol
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700
(617) 482-3003 (Fax)

**Executive Committee for Direct Purchaser Class Plaintiffs**