# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No: 1:05CV02195 |
| v. | ) (CKK) |
| | ) |
| WARNER CHILCOTT HOLDINGS COMPANY | ) Jury Trial Demanded |
| III, LTD., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| CVS PHARMACY, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No: 1:06CV00795 |
| v. | ) (CKK) |
| | ) |
| WARNER CHILCOTT HOLDINGS COMPANY | ) Jury Trial Demanded |
| III, LTD., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |
| WALGREEN CO., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No: 1:06CV00494 |
| v. | ) (CKK) |
| | ) |
| WARNER CHILCOTT HOLDINGS COMPANY | ) Jury Trial Demanded |
| III, LTD., *et al.*, | ) |
| | ) |
| Defendants. | ) |
| | ) |

## STIPULATION REGARDING THE USE OF THE WARNER CHILCOTT DEFENDANTS' NOVEMBER 20, 2006 RESPONSES AND OBJECTIONS TO STATES' FIRST SET OF REQUESTS FOR ADMISSIONS[1]

Pursuant to Fed. R. Civ. P. 29, Plaintiffs in the above captioned cases and

Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner

Chilcott (U.S.) Inc., Warner Chilcott Company, Inc. (collectively "Warner Chilcott"), hereby

stipulate that Warner Chilcott's Responses and Objections to Plaintiffs' First Set of Requests for

Admissions dated November 20, 2006, served in Civil Action No. 1:05CV02182 (CKK)

("Warner Chilcott's November 20, 2006 Responses and Objections"), may be used in the above

referenced actions just as if those Requests for Admission, and Warner Chilcott's November 20,

2006 Responses and Objections, had been served in the above referenced actions.


                                        Respectfully submitted,

Date: June 15, 2007                     /s/ Linda P. Nussbaum
                                        Linda P. Nussbaum (D.C. Bar # 483254)
                                        KAPLAN FOX & KILSHEIMER, LLP
                                        805 Third Avenue
                                        22nd Floor
                                        New York, NY 10022
                                        Telephone: 212-687-1980
                                        Facsimile: 212-687-7714

---

[1]The FTC and States propounded Requests for Admissions on Warner Chilcott collectively. Warner Chilcott's Objections and Responses, however, were served in the Plaintiff States' action only as Warner Chilcott had settled its dispute with the FTC before any responses were due.

2

Joseph M. Vanek
David P. Germaine
VANEK, VICKERS & MASINI, P.C.
111 S. Wacker Drive, Suite 4050
Chicago, IL 60606
(312) 224-1500
(312) 224-1510 (fax)

Richard B. Drubel (D.C. Bar # 334359)
Kimberly H. Schultz
BOIES, SCHILLER& FLEXNER LLP
26 South Main Street
Hanover, NH 03755
(603) 643-9090
(603) 643-9010 (fax)

William Isaacson (D.C. Bar # 414788)
Tanya Chutkan (D.C. Bar # 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, DC 20015
(202) 237-2727

*Counsel for Meijer, Inc. and Meijer Distribution, Inc.*

/s/ Bruce E. Gerstein
Bruce E. Gerstein
Barry S. Taus
Kevin S. Landau
GARWIN GERSTEIN & FISHER, LLP
1501 Broadway, Ste. 1416
New York, NY 10011
(212) 398-0055
(212) 764-6620 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Louisiana Wholesale Drug Co., Inc.*

3

Daniel Berger
Eric L. Cramer
BERGER & MONTAGUE, P.C.
1622 Locust St.
Philadelphia, PA 19103
(215) 875-3000
(215) 875-4604 (fax)

David U. Fierst (D.C. Bar # 912899)
STEIN, MITCHELL & MEZINES LLP
1100 Connecticut Avenue, N.W.
Washington, DC 20036
(202) 737-7777
(202) 296-8312 (fax)

*Counsel for Rochester Drug Co-op, Inc.*

/s/ Dianne M. Nast
_____
Dianne M. Nast
RODANAST, P.C.
801 Estelle Drive
Lancaster, PA 17601
(717) 892-3000
(717) 892-1200 (fax)

Linda P. Nussbaum (D.C. Bar # 483254)
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue
22nd Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

*Counsel for SAJ Distributors, Inc. and Stephen L.
LaFrance Holdings, Inc.*

/s/ Thomas M. Sobol
_____
Thomas M. Sobol
HAGENS BERMAN SOBOL SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
(617) 482-3700

4

Linda P. Nussbaum (D.C. Bar # 483254)
KAPLAN FOX & KILSHEIMER, LLP
805 Third Avenue
22nd Floor
New York, NY 10022
Telephone: 212-687-1980
Facsimile: 212-687-7714

*Counsel for American Sales Company, Inc.*

/s/ Lauren C. Ravkind
Robert D.W. Landon III
Richard Alan Arnold
Scott E. Perwin
Lauren C. Ravkind
KENNY NACHWALTER, P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL 33131
(305) 373-1000
(305) 372-1861

Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, PA 17101-1713
(717) 364-1030
(717) 364-1020

*Counsel for CVS Pharmacy, Inc., Rite Aid
Corporation, and Rite Aid Headquarters Corp.,
Walgreen Co., Eckerd Corp., Maxi Drug, Inc., The
Kroger Co., Albertson's Inc., Safeway, Inc., and
Hy-Vee, Inc.*

/s/ Peter C. Thomas
Peter C. Thomas (D.C. Bar #495928)
SIMPSON THATCHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, D.C. 20004
(202) 220-7700
*Counsel for Warner Chilcott Holdings Company III,
Ltd., Warner Chilcott Corporation, Warner Chilcott
(U.S.) Inc., Warner Chilcott Company, Inc.*

## <u>CERTIFICATE OF SERVICE</u>

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was served upon all counsel electronically via the Ovcon'35 Secure Deal Room website and via hand delivery upon Charles E. Koob, Esq., Simpson Thacher & Bartlett LLP, 425 Lexington Avenue, Suite 1200, New York, NY 10017, on June 15, 2007.

_____ /s/ Robert D.W. Landon, III ____
Robert D.W. Landon, III
