UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>                      Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>                      Defendants. | Civil Action No. 1:05CV02195 (CKK)<br><br>Judge Colleen Kollar-Kotelly |
| WALGREEN CO., *et al.*,<br><br>                      Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>                      Defendants. | Civil Action No. 1:06CV00494 (CKK)<br><br>Judge Colleen Kollar-Kotelly |
| CVS PHARMACY, INC., *et al.*,<br><br>                      Plaintiffs,<br>v.<br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>                      Defendants. | Civil Action No. 1:06CV00795 (CKK)<br><br>Judge Colleen Kollar-Kotelly |

**MOTION OF DEFENDANTS
FOR ADMISSION *PRO HAC VICE***

       Pursuant to LCvR 83.2 and the attached declaration, Defendants Warner Chilcott

Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner

Chilcott Company, Inc., and Galen (Chemicals), Ltd. (collectively "Defendants") move for the

admission of Samuel J. Rubin of the law firm Simpson Thacher & Bartlett LLP to represent

Defendants in this action. Mr. Rubin is a member in good standing of the following bars: the State of New York and the United States District Court for the Southern District of New York. The undersigned, who is a member in good standing of the bar of this Court, shall act as co-counsel with Mr. Rubin should this Motion be granted.

July 18, 2007                                             Respectfully submitted,

By:        /s/ Peter C. Thomas
           _____
           Peter C. Thomas, D.C. Bar # 495928
           SIMPSON THACHER & BARTLETT LLP
           601 Pennsylvania Avenue, N.W.
           North Building
           Washington, D.C. 20004
           (202) 220-7700

           *Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*, <br><br>                    Plaintiffs, <br><br>    v. <br><br> WARNER CHILCOTT HOLDINGS <br> COMPANY III, LTD., *et al.*, <br><br>                    Defendants. | Civil Action No. 1:05CV02195 <br><br> Judge Colleen Kollar-Kotelly |
| WALGREEN CO., *et al.*, <br><br>                    Plaintiffs, <br><br>    v. <br><br> WARNER CHILCOTT HOLDINGS <br> COMPANY III, LTD., *et al.*, <br><br>                    Defendants. | Civil Action No. 1:06CV00494 (CKK) <br><br> Judge Colleen Kollar-Kotelly |
| CVS PHARMACY, INC., *et al.*, <br><br>                    Plaintiffs, <br><br>    v. <br><br> WARNER CHILCOTT HOLDINGS <br> COMPANY III, LTD., *et al.*, <br><br>                    Defendants. | Civil Action No. 1:06CV00795 (CKK) <br><br> Judge Colleen Kollar-Kotelly |

## **DECLARATION OF SAMUEL J. RUBIN**

I, Samuel J. Rubin, declare under penalty of perjury that the following is true and correct:

1.       I am an associate in the New York office of the law firm of Simpson Thacher & Bartlett LLP. My firm has been retained to represent Defendants Warner Chilcott Holdings

Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., Warner Chilcott Company, Inc., and Galen (Chemicals), Ltd. (collectively "Defendants"), in the above-referenced matter.

2. My office address is 425 Lexington Avenue, New York, NY 10017, and my office telephone number is 212-455-2000.

3. I am admitted to practice in, and am a member in good standing of the following bars: the State of New York and the United States District Court for the Southern District of New York.

4. I have not been disciplined by any bar.

5. I have never been admitted *pro hac vice* in this Court.

6. I do not engage in the practice of law from an office located in the District of Columbia, am not a member of the District of Columbia bar, and do not have an application for membership in the District of Columbia bar pending.

7. I am familiar with the Local Rules of the United States District Court for the District of Columbia.

8. I will act as co-counsel for Defendants with Peter C. Thomas, #495928, a partner in the Washington, D.C. office of Simpson Thacher & Bartlett LLP, who is a member in good standing of the bar of this Court.

9. Given my experience and my familiarity with the issues involved in this matter, my admission *pro hac vice* will serve the interests of Defendants and will also facilitate the efficient litigation of this matter.

10. I respectfully request that this Court grant my application to appear and participate *pro hac vice* on behalf of Defendants in this matter.


Executed: July 18, 2007              /s/ Samuel J. Rubin
                                     SAMUEL J. RUBIN