IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC. et al., | Civil Action No. 05-2195 (CKK) |
|     Plaintiffs, | |
|     v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD. et al., | |
|     Defendants. | |
| WALGREEN CO. et al., | Civil Action No. 06-494 (CKK) |
|     Plaintiffs, | |
|     v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|     Defendants. | |
| CVS PHARMACY, INC. et al., | Civil Action No. 06-795 (CKK) |
|     Plaintiffs, | |
|     v. | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
|     Defendants. | |

**PLAINTIFFS' MOTION TO STRIKE BARR'S
REPLY MEMORANDUM IN SUPPORT OF ITS
<u>JUNE 28, 2007 MOTION TO COMPEL DISCOVERY</u>**

Plaintiffs in the *Meijer*, *Walgreen* and *CVS Pharmacy* cases respectfully move to strike Defendant Barr Pharmaceuticals, Inc.'s Reply to Direct Purchaser Plaintiffs' Opposition to Barr's Motion to Compel (D.E. 74 in Case No. 06-494) because it was not filed within five days after service of Plaintiffs' opposing papers, as required by this Court's Local Rules.[1]

We would not ordinarily make an issue of this. However, just a few days earlier, Barr and Warner Chilcott refused to respond to discovery requests that Plaintiffs served electronically on June 6, 2007 because (a) the requests were not hand-delivered to Defendants' counsel; (b) Rule 6(e) of the Federal Rules of Civil Procedure provides that, when papers are served electronically, three days are added for mailing; and therefore (c) Defendants' responses were due on July 9, 2007, three days after the fact discovery deadline. *See* July 6, 2007 Letter from Eunnice H. Eun to Linda Nussbaum and Scott Perwin (attached as Exhibit 1); July 6, 2007 Letter from Annette C. Rizzi to Scott Perwin (attached as Exhibit 2). Defendants took this position notwithstanding the fact that the discovery requests were literally in their hands on June 6th, thirty days in advance of the fact discovery deadline.

Defendants are free to invoke the letter of the Rules when it suits their purposes, but they should not be permitted to ignore those very same Rules when it does not. Accordingly, Barr's reply memorandum in support of its motion to compel should be stricken.

---

[1] Plaintiffs' papers were served by hand delivery on Barr's counsel on July 12, 2007. D.E. 70 in Case No. 06-494 at 23 (certificate of service); D.E. 73 in Case No. 06-795 at 17 (certificate of service). Under Local Civil Rule 7(d), Barr's reply memorandum was due five business days later, on July 19. Barr's reply memorandum was filed and served on July 24—three business days, and five calendar days, late.

2

Respectfully submitted,

/s/ Scott E. Perwin
Scott E. Perwin
Lauren C. Ravkind
Robert D.W. Landon III (D.C. Bar No. 441571)
KENNY NACHWALTER P.A.
1100 Miami Center
201 South Biscayne Boulevard
Miami, Florida 33131
(305) 373-1000
(305) 372-1861 (fax)

Steve D. Shadowen
Monica L. Rebuck
HANGLEY ARONCHICK SEGAL & PUDLIN
30 North Third Street, Suite 700
Harrisburg, Pennsylvania 17101
(717) 364-1007
(717) 364-1020 (fax)
*Counsel for Walgreen and CVS Pharmacy Plaintiffs*

Linda P. Nussbaum (D.C. Bar No. 483254)
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, New York 10022
(212) 687-1980
(212) 687-7714 (fax)

Eric L. Cramer
BERGER & MONTAGUE
1622 Locust Street
Philadelphia, Pennsylvania 19103
(215) 875-3000
(215) 875-4604 (fax)

William Isaacson (D.C. Bar No.414788)
Tanya Chutkan (D.C. Bar No. 420478)
BOIES, SCHILLER & FLEXNER LLP
5301 Wisconsin Avenue, N.W., Suite 800
Washington, D.C. 20015
(202) 237-2727
(202) 237-6131 (fax)

3

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES, SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, NH 03755
(603) 643-9090
(603) 643-9010 (fax)

Bruce E. Gerstein
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, New York 10011
(212) 398-0055
(212) 764-6620 (fax)

Dianne M. Nast
RODA NAST P.C.
801 Estelle Drive
Lancaster, Pennsylvania 17601
(717) 892-3000
(717) 892-1200 (fax)

David Nalven
HAGENS BERMAN SOBOL & SHAPIRO LLP
One Main Street, Fourth Floor
Cambridge, Massachusetts 02142
(617) 482-3700
(617) 482-3003 (fax)
*Executive Committee for Direct Purchaser Class Plaintiffs*

<u>Certificate of Service</u>

I hereby certify that, on July 12, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served on counsel of record via CM/ECF.

<u>/s/ Scott E. Perwin</u>

304854.1