# EXHIBIT 1

KN P.A. / RECEIVED
Date 9/07 / MM
File 7885

Copy to
RAA  *anu*
SEP
WB
LCR

# KIRKLAND & ELLIS LLP
AND AFFILIATED PARTNERSHIPS

655 Fifteenth Street, N.W.
Washington, D.C. 20005

Eunnice H. Eun
To Call Writer Directly:
202-879-5159
Eeun@kirkland.com

(202) 879-5000

www.kirkland.com

Facsimile:
(202) 879-5200

July 6, 2007

**By Electronic Mail and Electronic Filing Service**

Linda Nussbaum
Kaplan, Fox & Kilsheimer LLP
850 Third Avenue, 14th Floor
New York, NY  10022

Scott Perwin
Kenny Nachwalter
1100 Miami Center
201 South Biscayne Boulevard
Miami, FL  33131

Re:  Ovcon Antitrust Litigation

Dear Linda and Scott:

The *Meijer* plaintiffs served their Third Set of Requests for Documents and Third Set of Interrogatories, and the *Walgreen* plaintiffs served their First Set of Interrogatories, ("Plaintiffs' Discovery Requests") to Barr electronically on June 6, 2007. Plaintiffs' Discovery Requests were thus untimely served in direct contravention of the Joint Case Management Order ("CMO") entered on June 30, 2006. (*See* CMO ¶ 8, which requires that "all discovery requests should be made such that the time for compliance with the same would occur on or before the [July 6, 2007] discovery cutoff."[1]) Plaintiffs served their discovery requests electronically on June 6, 2007, making responses to such requests due on July 9, 2007, three days after the close of

---

[1] To allow the parties to focus on settlement negotiations, the Court agreed to an extension of the fact discovery cutoff, moving the deadline from March 2, 2007 to July 6, 2007. *See* Feb. 15, 2007 Order.

Linda Nussbaum,
Scott Perwin
July 6, 2007
Page 2

fact discovery. See Fed. R. Civ. P. 6. As such, Barr will not provide answers to Plaintiffs' Discovery Requests.

            Sincerely,

            **/s/ Eunnice H. Eun**

            Eunnice H. Eun

cc:  Contact Attorneys Via DealRoom