# EXHIBIT A

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\* You may view the filed documents once without charge. To avoid later charges, download a copy of each document during this first viewing.**

## U.S. District Court

## District of Columbia

**Notice of Electronic Filing**

The following transaction was entered by Landon, Robert on 7/12/2007 at 10:38 AM and filed on 7/12/2007

**Case Name:**      CVS PHARMACY, INC. et al v. WARNER CHILCOTT HOLDINGS COMPANY III, LIMITED et al
**Case Number:**    1:06-cv-795
**Filer:**          CVS PHARMACY, INC.
                    RITE AID CORPORATION
                    RITE AID HDQTRS. CORP.
**Document Number:** 73

**Docket Text:**
Memorandum in opposition to re [68] MOTION to Compel *Answers to Interrogatories and the Production of Documents from Rite Aid Corporation and Rite Aid Headquarters Corporation* filed by CVS PHARMACY, INC., RITE AID CORPORATION, RITE AID HDQTRS. CORP.. (Attachments: # (1) Exhibit A through C)(Landon, Robert)

**1:06-cv-795 Notice has been electronically mailed to:**

Mark L Kovner                    mkovner@kirkland.com

Andrew M. Lacy                   alacy@stblaw.com

Robert D.W. Landon               , III    sperwin@kennynachwalter.com,
mmitchell@kennynachwalter.com

Monica L. Rebuck                 mrebuck@hangley.com, jlukens@hangley.com,
ned@hangley.com

Steve D. Shadowen                sshadowen@hangley.com,
ebloom@hangley.com, jbuffington@hangley.com, ned@hangley.com

Peter Coyne Thomas               pthomas@stblaw.com

Karen Natalie Walker                          kwalker@kirkland.com

**1:06-cv-795 Notice will be delivered by other means to::**

Charles E. Koob
SIMPSTON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

Sarah Starling Marshall
SIMPSON THACHER & BARLETT LLP
425 Lexington Avenue
New York, NY 10017

Annette C. Rizzi
SIMPSON THACHER & BARTLETT LLP
425 Lexington Avenue
New York, NY 10017

Meryl G. Rosen
SIMPSON THACHER & BARLETT LLP
425 Lexington Avenue
New York, NY 10017

The following document(s) are associated with this transaction:

**Document description:**Main Document
**Original filename:**C:\Documents and Settings\mm\My Documents\efile\2885 cvs opp brief.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/12/2007] [FileNumber=1492359-0]
[50f059481061568c9217eda8269374230049ceb904f86551f8136de6ba9daf1c9019
cdc5e91663d13ee4b59600364ea5f759656d910f0e33ac92d0dea52d8352]]
**Document description:**Exhibit A through C
**Original filename:**C:\Documents and Settings\mm\My Documents\efile\2885 cvs opp brief exhs.pdf
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=973800458 [Date=7/12/2007] [FileNumber=1492359-1]
[363d2d7f4b7758666540ab50921fbd5e6af5f07c94a4c62e4345da051fad38d5a8de
c630dde2779af06574d559dbfad97c6e2a202a08f82132f4368853be2686]]