**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*, | ) |
| Plaintiffs, | ) Civil Action No: 1:06CV00795 |
| | ) (CKK) |
| v. | ) |
| | ) Judge Colleen Collar-Kotelly |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) |
| | ) Jury Trial Demanded |
| Defendants. | ) |

| | |
|---|---|
| WALGREEN CO., *et al.*, | ) |
| Plaintiffs, | ) Civil Action No: 1:06CV00494 |
| | ) (CKK) |
| v. | ) |
| | ) Judge Colleen Collar-Kotelly |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) |
| | ) Jury Trial Demanded |
| Defendants. | ) |

## JOINT MOTION AND STIPULATION

Plaintiffs Walgreen Co., Eckerd Corporation, Maxi Drug, Inc. d/b/a Brooks Pharmacy, Albertson's, Inc., The Kroger Co., Safeway, Inc., Hy-Vee, Inc, (together the "Walgreen Plaintiffs"), CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Headquarters (together the "CVS Plaintiffs") (collectively "Plaintiffs") and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc., and each of their predecessors, successors and affiliates (together "Warner Chilcott"), by their respective undersigned attorneys, hereby stipulate to and respectfully move the Court to enter the following orders pursuant to Fed. R. Civ. P. 41(a):

1. Each and every claim asserted by Plaintiffs against Warner Chilcott in the above-captioned lawsuits is hereby dismissed with prejudice and on the merits, with each party to bear its respective attorneys' fees and costs.

2. The Walgreen Plaintiffs, Rite Aid Corporation, and Rite Aid Headquarters reserve their claims against all defendants other than Warner Chilcott.

Dated: August 20, 2007

By: /s/ Peter C. Thomas
Peter C. Thomas (D.C. Bar # 495928)

SIMPSON THACHER & BARTLETT LLP
601 Pennsylvania Avenue, N.W.
North Building
Washington, D.C. 20004

*Counsel for Warner Chilcott*

By: /s/ Robert D.W. Landon, III
Robert D.W. Landon III (D.C. Bar #441571)
Richard Alan Arnold
Scott E. Perwin

KENNY NACHWALTER P.A.
1100 Miami Center
201 S. Biscayne Boulevard
Miami, FL 33131

*Counsel for the Walgreen Plaintiffs*

By: /s/ Monica L. Rebuck
Steve D. Shadowen
Monica L. Rebuck

HANGLEY ARONCHICK SEGAL & PUDLIN
Suite 700
30 North Third Street
Harrisburg, PA 17101

*Counsel for the CVS Plaintiffs*

SO ORDERED:

_____
U.S.D.J. Colleen Kollar-Kotelly
Dated August __, 2007