UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 06-494 (CKK) |
| CVS PHARMACY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civil Action No. 06-795 (CKK) |

**ORDER**
(September 6, 2007)

As requested by Plaintiffs Walgreen Co., Eckerd Corporation, Maxi Drug, Inc. d/b/a/ Brooks Pharmacy, Albertson's, Inc., The Kroger Co., Safeway, Inc., Hy-Vee, Inc. (together the "Walgreen Plaintiffs"), CVS Pharmacy, Inc., Rite Aid Corporation, and Rite Aid Headquarters (together the "CVS Plaintiffs") (collectively "Plaintiffs"), and Defendants Warner Chilcott Holdings Company III, Ltd., Warner Chilcott Corporation, Warner Chilcott (US) Inc., and Warner Chilcott Company, Inc., and each of their predecessors, successors and affiliates (together "Warner Chilcott") in the Joint Motion and Stipulation filed in each of the above-

captioned actions on August 20, 2007, it is this 6th day of September, hereby

**ORDERED** that the parties' [78] Joint Motion and Stipulation is GRANTED; it is further

**ORDERED** that each and every claim asserted by Plaintiffs against Warner Chilcott in the above-captioned lawsuits is hereby dismissed with prejudice and on the merits, with each party to bear its respective attorneys' fees and costs; it is further

**ORDERED** that the Walgreen Plaintiffs, Rite Aid Corporation, and Rite Aid Headquarters reserve their claims against all defendants other than Warner Chilcott.

**SO ORDERED**.

                                                 /s/
                                       COLLEEN KOLLAR-KOTELLY
                                       United States District Judge