IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO. et al., | Civil Action No: 1:06-CV-00494 (CKK) |
| Plaintiffs, | Judge Colleen Kollar-Kotelly |
| v. | JURY TRIAL DEMANDED |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., et al., | |
| Defendants. _____/ | |

**NOTICE OF INTENT TO APPEAR AT STATUS CONFERENCE**

Pursuant to this Court's September 6th Order, Scott Perwin hereby gives notice of his intent to appear as counsel for Plaintiffs at the Status Conference scheduled for tomorrow, September 7, 2007 at 9:30 a.m.

Respectfully submitted,

/s/ Scott E. Perwin
Richard Alan Arnold
Scott E. Perwin
Lauren Ravkind
Robert D.W. Landon III (D.C. Bar No. 441571)
KENNY NACHWALTER, P.A.
1100 Miami Center
201 S. Biscayne Boulevard
Miami, Florida 33131-4327
Telephone: (305) 373-1000
Facsimile: (305) 372-1861
*Counsel for Plaintiffs Walgreen Co. et al.*

Certificate of Service

I hereby certify that, on September 6, 2007, a true and correct copy of the foregoing was electronically filed with the Clerk of Court and served on counsel of record via CM/ECF.

/s/ Scott E. Perwin

308994.1