**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| MEIJER, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No.: 1:05-CV-02195-CKK |
| v. | ) |
| | ) |
| WARNER CHILCOTT HOLDINGS CO. III, LTD., *et al.*, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| WALGREEN CO., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No.: 1:06-CV-00494-CKK |
| v. | ) |
| | ) |
| WARNER CHILCOTT HOLDINGS CO. III, LTD., *et al.*, | ) |
| | ) |
| Defendants. | ) |

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*, | ) |
| | ) |
| Plaintiffs, | ) |
| | ) Civil Action No.: 1:06-CV-00795-CKK |
| v. | ) |
| | ) |
| WARNER CHILCOTT HOLDINGS CO. III, LTD., *et al.*, | ) |
| | ) |
| Defendants. | ) |

2

## NOTICE

Pursuant to the Court's September 6, 2007 Minute Order, notice is provided that Mark L. Kovner, Chong S. Park, and Patrick M. Bryan will attend the September 7, 2007 Status Conference on behalf of Barr Pharmaceuticals, Inc. in the above-captioned cases.

Date:  September 6, 2007

   /s/ Karen N. Walker
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Chong S. Park (D.C. Bar # 463050)
Patrick M. Bryan (D.C. Bar # 490177)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W.
Washington, DC  20005
Telephone:  (202) 879-5000
Facsimile:  (202) 879-5200

*Counsel for Barr Pharmaceuticals, Inc.*