UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WALGREEN CO., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al*.,<br><br>    Defendants. | Civil Action No. 06-494 (CKK) |
| CVS PHARMACY, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al*.,<br><br>    Defendants. | Civil Action No. 06-795 (CKK) |

**ORDER**

For the reasons set forth in the Memorandum Opinion issued October 22, 2007 in *Meijer, Inc. v. Warner Chilcott Holdings Company III, Ltd.*, Civil Action No. 05-2195, it is this 22nd day of October, 2007, hereby

**ORDERED** that [59] Defendants' Motion to Strike "Non-Class Plaintiffs' Memorandum

Responding to Defendants' Opposition to Class Certification" is DENIED.

**SO ORDERED**.

_____/s/_____

COLLEEN KOLLAR-KOTELLY
United States District Judge

2