**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MEIJER, INC., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:05-cv-2195-CKK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| Defendants. | ) | |
| WALGREEN CO., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:06-cv-494-CKK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| Defendants. | ) | |
| CVS PHARMACY, INC., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:06-cv-795-CKK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| Defendants. | ) | |

**[PROPOSED] ORDER GRANTING DIRECT PURCHASER
PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

Plaintiffs in the above-styled action have filed a Motion for Partial Summary Judgment ("Motion") seeking a ruling that Defendant Barr Pharmaceuticals, Inc. has committed a *per se* violation of section 1 of the Sherman Act, 15 U.S.C. § 1. The Court has considered the motion, the argument of counsel, the pleadings and the record, and rules as follows:

1. The March 24, 2004 Agreement (as defined in the Motion) between Barr Pharmaceuticals, Inc. and Warner Chilcott (as defined in the Motion) was a *per se* violation of section 1 of the Sherman Act, 15 U.S.C. § 1.

2. Trial in these actions will be limited to the issues of causation and damages.

SO ORDERED.

Signed this ____ day of _____, _____.

_____
HON. COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE