IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civ. Action No. 1:05-CV-02195-CKK |
| WALGREEN CO., *et al.*,<br><br>    Plaintiffs,<br><br>    v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>    Defendants. | Civ. Action No. 1:06-CV-00494-CKK<br><br>Judge Colleen Kollar-Kotelly<br><br>**FILED UNDER SEAL PURSUANT<br>TO PROTECTIVE ORDER DATED<br>APRIL 4, 2006** |

[caption continued on following page]

**BARR PHARMACEUTICALS, INC.'S STATEMENT OF
MATERIAL FACTS AS TO WHICH THERE IS NO GENUINE ISSUE**

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>           Defendants. | Civ. Action No. 1:06-CV-00795-CKK |
| STATE OF COLORADO, *et al.*,<br><br>           Plaintiffs,<br><br>v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>           Defendants. | Civ. Action No. 1:05-CV-02182-CKK |

Defendant Barr Pharmaceuticals, Inc. ("Barr"), pursuant to Local Civil Rules 7(h) and 56.1 and in support of its Motion for Summary Judgment on State and Direct Purchaser Plaintiffs' Federal Antitrust Claims, submits its Statement of Material Facts As To Which There Exists No Genuine Issue. All cited deposition testimony, expert reports, affidavits, and other non-docketed documents cited herein are included in an Appendix submitted herewith.[1]

---

[1] Unless otherwise noted, all *emphasis* herein has been added.

1

I. **Oral Contraceptives Are Equally Safe And Effective.**

1. Oral contraceptives — birth control pills — are widely used and a highly successful method of birth control.

**REDACTED**

2. All FDA-approved oral contraceptives are effective at preventing contraception.

**REDACTED**

3. All oral contraceptives with less than 50 mg of estrogen are equally safe when used properly. **REDACTED** (*See also* Robert A. Hatcher, *et. al.*, *Contraceptive Technology* 423 (18th ed. 2007) ("All combined [oral contraceptive] pills with less than 50 mg of estrogen are effective and safe."); Food and Drug Administration, 62 Fed. Reg. 8610 (Dep't of Health & Human Servs., Feb. 25, 1997).)

4. Although many oral contraceptives have varying levels of estrogen and progestin, the Food and Drug Administration ("FDA") mandates that each oral contraceptive's labeling and package inserts contain the same disclosures and/or warnings regarding the safety, efficacy, and

2

side-effect profile of the product, absent scientific evidence demonstrating claims to the contrary.

**REDACTED**

; U.S. Dep't of Health & Human Servs. FDA, Guidance for Industry Labeling for Combined Oral Contraceptives (Draft Guidance) (Mar. 2, 2004).)

5. Therefore, physicians have a number of choices when prescribing oral contraceptives.

**REDACTED**

II. **Warner Chilcott Purchased Ovcon 35 From Bristol Myers Squib (BMS) And Simultaneously Entered Into A Supply Agreement With BMS.**

6. Warner Chilcott purchased Ovcon 35 from Bristol Myers Squibb ("BMS") in January 2000. (*See* Compl., *Meijer , Inc., et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.*, Civ. No. 1:05-CV-02195-CKK ("Meijer Compl.") ¶ 36; Compl., *Walgreen Co., et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.*, Civ. No. 1:06-CV-00494-CKK ("Walgreen Compl.") ¶ 23; Compl., *CVS Pharmacy, Inc., et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.*, Civ. No. 1:06-CV-00795-CKK ("CVS Compl.") ¶ 17; Second Am. Compl., *State of Colorado, et al. v. Warner Chilcott Holdings Co. III, Ltd., et al.*, Civ. No. 1:05-CV-02182-CKK ("State Pls.' Am. Compl.") ¶ 5.)

7. At that time, Warner Chilcott did not have the ability to manufacture Ovcon 35 itself and thus simultaneously entered into a supply agreement with BMS. **REDACTED**

**REDACTED** ) Under that agreement, BMS agreed to supply all of Warner Chilcott's requirements for Ovcon 35 and any line extensions such as a chewable version of Ovcon 35 ("Ovcon Chewable"). (*See* Meijer Compl. ¶ 36; Walgreen Compl. ¶ 23; CVS Compl. ¶ 17;

**REDACTED**

8. However, BMS was on a significant number of occasions late with shipments.

**REDACTED**

4

**REDACTED**

9.  In addition, BMS experienced delays with respect to the packaging of Ovcon.

**REDACTED**

10. Because of BMS's difficulties in supplying Ovcon 35 to Warner Chilcott, Warner Chilcott often ran out of supply.

**REDACTED**

**REDACTED**

11. Because of BMS's difficulties, Warner Chilcott often lacked adequate supply.

**REDACTED**

12. The late and inconsistent deliveries resulted in complaints from Warner Chilcott to BMS.

**REDACTED**

**REDACTED**

### III. Seeking An Alternative Source Of Supply Of Ovcon 35, Warner Chilcott Negotiated A License And Supply Agreement With Barr.

13. On September 10, 2003, Warner Chilcott and Barr executed a Letter of Intent to negotiate an agreement in which Barr would grant Warner Chilcott an option to acquire a five-year exclusive license to its rights under its Abbreviated New Drug Application (ANDA) for a generic version of Ovcon 35 as well as supply Warner Chilcott's requirements of Ovcon 35.

**REDACTED**

("Letter of Intent").) (*See also* Meijer Compl. ¶ 51; Walgreen Compl. ¶ 38; CVS Compl. ¶ 33.)

14. In March 2004, Warner Chilcott and Barr executed the final License and Supply Agreement, which implemented the September 2003 Letter of Intent.

**REDACTED**

(collectively, "License and Supply Agreement").) (*See also* State Pls.' Am. Compl. ¶ 48; Meijer Compl. ¶ 52; Walgreen Compl. ¶ 39; CVS Compl. ¶ 34.)

15. The License and Supply Agreement described the Barr-Warner Chilcott supply relationship in great detail and reflected product quality concerns and reporting procedures for handling complaints. (*See, e.g.,*

**REDACTED**

7

**REDACTED**

16.    Under the terms of the parties' agreements, Warner Chilcott paid Barr $1 million as consideration for the option to acquire the rights to Barr's Ovcon 35 ANDA. (Barr's Answer to State Pls.' Am. Compl. ¶ 50; Barr's Answer to Meijer Compl. ¶ 52; Barr's Answer to Walgreen Compl. ¶ 39; Barr's Answer to CVS Compl. ¶ 34.)

17.    Barr announced its definitive License and Supply Agreement with Warner Chilcott on March 25, 2004 in a corresponding press release. (*See* Mar. 25, 2004 Barr Pharmaceuticals, Inc. News Release, *Barr and Galen Announce Agreements for Duramed to Acquire Exclusive Rights to Galen's Loestrin® Oral Contraceptive Products*.)

18.    In April 2004, Barr received FDA approval for its Ovcon 35 ANDA. (*See* CVS Pls.' RFA Resp. at 11; Meijer Pls.' RFA Resp. at 12; Walgreen Pls.' RFA Resp. at 9 (admitting that as of April 2004, no company other than Barr had received FDA approval to sell a generic version of Ovcon 35); Meijer Compl. ¶ 54; Walgreen Compl. ¶ 42; CVS Compl. ¶ 37.)

19.    In May 2004, Warner Chilcott exercised its option on Barr's Ovcon 35 ANDA and, per the terms of the License and Supply Agreement, paid Barr $19 million for the rights to its ANDA. (*See* Barr's Answer to State Pls.' Am. Compl. ¶ 53; Barr's Answer to Meijer Compl. ¶ 56; Barr's Answer to Walgreen Compl. ¶ 45; Barr's Answer to CVS Compl. ¶ 40.)

IV.  **Ovcon 35 Is Not Unique Among Oral Contraceptives And Is Reasonably Interchangeable With Other Oral Contraceptives.**

20. Ovcon 35 is one of over 80 oral contraceptive products available on the market today.

**REDACTED**

; Richard P. Dickey, M.D., *Managing Contraceptive Pill Patients,* 119-29 (13th ed. 2007).)

21. Several other branded and generic oral contraceptive products including Aranelle, Leena, Modicon, Brevicon, Necon .5/35, Necon 1/35, Necon 10/11, Necon 7/7/7, Norinyl 1/35, Nortrel 0.5/35, Nortrel 1/35, Nortrel 7/7/7, Ortho Novum 1/35, Ortho Novum 7/7/7, and Tri-Norinyl, contain active ingredients identical to those of Ovcon 35, and contain similar dosages of these ingredients. (*See* CVS Pls.' RFA Resp. at 109-15; Meijer Pls.' RFA Resp. at 126-32; Walgreen Pls.' RFA Resp. at 70-74.) (*See also*

**REDACTED**

22. Ovcon 35 is considered to be interchangeable with a variety of other oral contraceptive products.

**REDACTED**

**REDACTED**

**REDACTED**

## V. Oral Contraceptives, Including Ovcon 35, Compete On The Basis Of Price And Promotion.

23.     Brand name oral contraceptives, including Ovcon 35, compete on the basis of price. *(See*

**REDACTED**

**REDACTED**

**REDACTED**

24.     In setting the prices for brand-name oral contraceptives, manufacturers, including Warner Chilcott, consider

**REDACTED**

11

**REDACTED**

25. Brand name oral contraceptives also compete through promotional efforts and marketing by manufacturers.

**REDACTED**

26. Brand-name oral contraceptives also compete through manufacturers' distribution of free samples. (*See*

**REDACTED**

**REDACTED**

**REDACTED**

**REDACTED**

27.    Samples provide convenience and also save consumers money.

**REDACTED**

S

**REDACTED**

**REDACTED**

**REDACTED**

28.  Generic oral contraceptive manufacturers, including Barr, do not distribute free samples of their generic oral contraceptive products.  (*See* CVS Pls.' RFA Resp. at 107-08; Meijer Pls.' RFA Resp. at 124-25.  *See also*

**REDACTED**

In particular, Barr does not distribute free samples of its generic oral

contraceptive Balziva®. (See CVS Pls.' RFA Resp. at 107-108; Meijer Pls.' RFA Resp. at 124-125; Walgreen Pls.' RFA Resp. at 70.)

29. When an AB-rated generic equivalent to an existing branded oral contraceptive product enters the market, brand manufacturers typically stop sampling and promoting the brand-name drug. (*See* CVS Pls.' RFA Resp. at 106; Meijer Pls.' RFA Resp. at 123; Walgreen Pls.' RFA Resp. at 68 ("Plaintiffs admit that manufacturers of branded CHCs [or combined hormonal contraceptives] typically stop the distribution of free samples of a branded product that has become subject to AB-rated generic competition after that branded product becomes subject to AB-rated generic competition.").) (*See also*

**REDACTED**

## VI. Warner Chilcott Engaged In Substantial Free Sampling Of Ovcon 35.

30. Warner Chilcott distributed free sampling of Ovcon 35 as a means to promote the product. (*See* **REDACTED**

15

**REDACTED**

**REDACTED**

31.   Warner Chilcott stopped distributing free samples of Ovcon 35 after Barr launched its generic oral contraceptive Balziva®. (*See* CVS Pls.' RFA Resp. at 106.) (*See also*

**REDACTED**

VII.   **Because Warner Chilcott Stopped Distributing Free Samples Of Ovcon 35 Upon Generic Entry, Sales of Ovcon 35 Products Have Declined.**

32.  Because Warner Chilcott no longer distributes free samples of Ovcon 35, many consumers switch from Ovcon 35 to other branded oral contraceptives for which free samples are available. (*See*

**REDACTED**

**REDACTED**

**REDACTED**

33.  Because Warner Chilcott stopped distributing free samples of Ovcon 35 upon the launch of Barr's Balziva®, the combined unit sales of Ovcon 35 and AB-rated generics to Ovcon 35 (*i.e.*, Ovcon 35 plus Balziva® and Zenchent®) have declined. (*See*

**REDACTED**

34. Because Warner Chilcott stopped distributing free samples of Ovcon 35, many consumers may pay more to purchase Ovcon 35 and its AB-rated generic alternatives. (*See*

**REDACTED**

## VIII. Barr Launched A Generic Form of Ovcon in October 2006.

35. In September 2006, Warner Chilcott permanently waived all exclusivity provisions in its License and Supply Agreement with Barr. (*See*

18

REDACTED                                       .; CVS Pls.' RFA Resp. at 128; Meijer Pls.' RFA Resp. at 148; Walgreen Pls.' RFA Resp. at 83 ("[W]arner Chilcott executed a waiver, dated September 25, 2006, in which Warner Chilcott stated that it 'releases Barr from its obligations under Section 2.1 of the Supply Agreement to manufacture or supply any Licensed Product on an exclusive basis.'").)

36.   Therefore, Barr was free to manufacture and market a generic version of Ovcon 35. (*See*

REDACTED

37.   Upon Warner Chilcott's waiver of exclusivity, Barr immediately launched its AB-rated generic version of Ovcon 35 in October 2006, Balziva®. (*See* Sept. 26, 2006 Barr Pharmaceuticals, Inc. News Release, *Barr Announces Warner Chilcott Waives Exclusive License for Ovcon 35®*.)

Dated: November 14, 2007                              Respectfully submitted,

                                                      /s/ Karen N. Walker
                                                      _____
                                                      Karen N. Walker (D.C. Bar # 412137)
                                                      Mark L. Kovner (D.C. Bar # 430431)
                                                      Patrick M. Bryan (D.C. Bar # 490177)
                                                      Eunnice H. Eun (D.C. Bar # 500203)
                                                      KIRKLAND & ELLIS LLP
                                                      655 Fifteenth Street, N.W., Suite 1200
                                                      Washington, DC 20005
                                                      Tel. (202) 879-5000
                                                      Fax (202) 879-5200

                                                      *Counsel for Barr Pharmaceuticals, Inc.*

19