# EXHIBIT 2

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| STATE OF COLORADO, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:05-cv-2182-CKK |
| | ) | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| MEIJER, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:05-cv-2195-CKK |
| | ) | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| WALGREEN CO., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| v. | ) | Civil Action No. 1:06-cv-494-CKK |
| | ) | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*,            )<br>                                          )<br>            Plaintiffs,                  )<br>                                          )<br>    v.                                    )<br>                                          )<br>WARNER CHILCOTT HOLDINGS COMPANY )<br>III, LTD., *et al.*,                     )<br>                                          )<br>            Defendants.                  )<br>                                          )<br>_____ ) | Civil Action No. 1:06-cv-795-CKK |

**STATEMENT OF UNDISPUTED FACTS IN SUPPORT OF PLAINTIFF
STATES' MOTION FOR SUMMARY JUDGMENT AND DIRECT
PURCHASER PLAINTIFFS' MOTION FOR PARTIAL SUMMARY JUDGMENT**

1.  Warner Chilcott is a pharmaceutical company that develops, manufactures, markets and distributes proprietary women's healthcare and dermatological pharmaceutical products. Warner Answer (*Colorado*) ¶ 2 (Ex. 1).[1] Warner Chilcott markets Ovcon, a branded oral contraceptive, in the United States. *Id.* ¶ 4. Ovcon was approved by the Food and Drug Administration in 1976 and is not subject to patent protection. Warner Answer (*Meijer*) ¶ 32 (Ex. 2). Prior to Barr's launch of generic Ovcon, Ovcon was one of Warner Chilcott's highest revenue-producing products. *Id.* ¶ 36.

2.  Barr is a pharmaceutical company that develops, manufactures, markets and distributes pharmaceutical products. Barr Answer (*Walgreen*) ¶ 14 (Ex. 3). In or about September 2001, Barr filed an Abbreviated New Drug Application (ANDA) with the FDA seeking approval to market an AB-rated generic version of Ovcon. *Id.* ¶ 28.

---

[1] Copies of the Exhibits are contained in the accompanying Appendix.

3. On September 10, 2003, Warner Chilcott and Barr signed a Letter of Intent to enter into an agreement whereby Warner Chilcott would have the option to pay Barr $20 million and obtain, among other things, Barr's agreement not to launch its generic version of Ovcon for five years following FDA approval. *Id.* ¶ 38. On March 24, 2004, Warner Chilcott and Barr signed the agreements contemplated by the Letter of Intent and Warner Chilcott made an initial payment to Barr of $1 million. *Id.* ¶ 39. Under the terms of their Agreement, Warner Chilcott obtained an option that could be exercised by paying Barr an additional $19 million within 45 days of Barr's receipt of FDA approval to market its generic version of Ovcon. March 24, 2004 Option and License Agreement §§ 2.4 - 2.6 (Barr-29-00015) (Ex. 4).

4. On April 22, 2004, the FDA granted final approval of Barr's ANDA for generic Ovcon. Barr Answer (*Walgreen*) ¶ 42. The next day, on April 23, 2004, Barr announced its intent to begin immediately marketing generic Ovcon under the trade name Balziva if Warner Chilcott chose not to exercise its option under the Agreement. News Release, *Barr's Generic Ovcon-35 Tablets Approved* (April 23, 2004) (Ex. 5). On May 6, 2004, Warner Chilcott exercised its option and paid Barr the remainder of the promised $20 million payment. Barr Answer (*Walgreen*) ¶ 45.

5. Upon receiving the remaining $19 million from Warner Chilcott, Barr was obligated to sell its approved generic Ovcon product exclusively to Warner Chilcott and was prohibited from marketing the product in competition with Warner Chilcott for five years in the United States. Barr Answer (*Walgreen*) ¶ 46; March 24, 2004 Option and License Agreement § 3.3 (during the five-year term, "neither Barr nor its Affiliates shall . . . market, commercialize, distribute or sell [generic Ovcon] in [the United States]") (Barr-29-00016); March 24, 2004 Finished Product Supply Agreement § 2.1 ("neither Barr nor any of its Affiliates shall have the right to manufacture or supply [generic Ovcon] for or to any other Person [than Warner Chilcott]") (Barr-29-00043) (Ex. 6).

# [REDACTED]

6. Prior to entering into their Agreement, both Barr and Warner Chilcott anticipated that the less expensive Barr generic product would capture the bulk of Ovcon's sales. Barr had predicted that more than half of branded Ovcon purchases would shift to the generic within twelve months. Barr-00-0226; Barr-12-1729 (62%) (Ex. 7). Warner Chilcott predicted that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ Boissonneault dep. 201:5 - 202:2 (Ex. 8). Minutes from a Warner Chilcott directors' meeting stated that ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ WC00140658 (Ex. 9). According to Warner Chilcott's January 2003 company projections, ▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇▇ WC00125915 (Ex. 10).

7. In November 2005, the Plaintiff States and the FTC separately filed Complaints against Warner Chilcott and Barr, alleging that their Agreement constituted an antitrust violation. On September 25, 2006, the FTC filed a motion for preliminary injunction to prevent Warner Chilcott from withdrawing Ovcon 35 from the marketplace as it prepared to introduce Ovcon Chewable. On the same day, Warner Chilcott signed a waiver that terminated the exclusivity provisions of the Agreement. As a result of that waiver, Barr was free to market its FDA-approved generic version of Ovcon in the United States and, indeed, Barr promptly did launch its product under the trade name Balziva. News Release, *Barr Announces Warner Chilcott Waives Exclusive License for Ovcon 35* (Sept. 26, 2006) (Ex. 11).

8. Barr launched Balziva at approximately a 30% discount to the price of branded Ovcon 35. Warner Chilcott Price Increase Notice dated March 1, 2006 (KGR 0003) (Ex. 12); Barr

4

Laboratories Letter to Brooks/Eckerd dated October 17, 2006 (BRK 000086-87) (Ex. 13).

9.   The introduction to the market of Barr's lower-priced generic competitor to branded Ovcon resulted in a rapid and substantial shift in sales from branded Ovcon to the generic alternative. Warner Chilcott reported losing more than 80% of its branded Ovcon sales to the less expensive generic product in a matter of months. News Release, *Warner Chilcott Reports Operating Results for the Quarter Ended March 31, 2007 and Raises 2007 Full Year Guidance*, p.2 (May 11, 2007) ("The decline in Ovcon revenue was due to the introduction of a generic version of Ovcon 35 in late October 2006, which led to an 80.4% decline in filled prescriptions for Ovcon 35 compared to the same quarter last year") (Ex. 14).

10.   The commerce at issue in this case is interstate commerce. Warner Answer (*Walgreen*) ¶ 17; Barr website, www.barrlabs.com ("Barr Pharmaceuticals is a global specialty pharmaceutical company that operates in more than 30 countries worldwide").

Respectfully submitted,

| | |
|---|---|
| /s/ Devin M. Laiho | /s/ Linda P. Nussbaum |
| Devin M. Laiho | Linda P. Nussbaum (D.C. Bar No. 483254) |
| Assistant Attorney General | KAPLAN FOX & KILSHEIMER LLP |
| Consumer Protection Section | 805 Third Avenue, 22nd Floor |
| State of Colorado | New York, New York 10022 |
| 1525 Sherman Street, 5th Floor | Telephone: (212) 687-1980 |
| Denver, Colorado 80203 | |
| Telephone: (303) 866-5079 | William Isaacson (D.C. Bar No. 414788) |
| | Tanya Chutkan (D.C. Bar No. 420478) |
| Elinor R. Hoffmann | BOIES SCHILLER & FLEXNER LLP |
| Margaret D. Martin | 5301 Wisconsin Avenue, N.W. |
| Assistant Attorneys General | Suite 800 |
| Antitrust Bureau | Washington, D.C. 20015 |
| New York State Office of the Attorney General | Telephone: (202) 237-2727 |
| 120 Broadway, 26th Floor | Richard B. Drubel (D.C. Bar No. 334359) |
| New York, New York 10271 | Kimberly H. Schultz |
| Telephone: (212) 416-8288 | BOIES SCHILLER & FLEXNER LLP |
| | 26 South Main Street |
| *Lead Counsel for the Plaintiff States* | Hanover, New Hampshire 03755 |
| | Telephone: (603) 643-9090 |
| /s/ Scott E. Perwin | |
| Scott E. Perwin | Daniel Berger |
| Lauren C. Ravkind | Eric L. Cramer |
| KENNY NACHWALTER P.A. | BERGER & MONTAGUE, P.C. |
| 1100 Miami Center | 1622 Locust Street |
| 201 South Biscayne Boulevard | Philadelphia, Pennsylvania 19103 |
| Miami, Florida 33131 | Telephone: (215) 875-3000 |
| Telephone: (305) 373-1000 | |
| | Bruce E. Gerstein |
| *Counsel for Walgreen Plaintiffs* | Kevin S. Landau |
| | GARWIN GERSTEIN & FISHER LLP |
| /s/ Steve D. Shadowen | 1501 Broadway, Suite 1416 |
| Steve D. Shadowen | New York, New York 10011 |
| Monica L. Rebuck | Telephone: (212) 398-0055 |
| HANGLEY ARONCHICK SEGAL & PUDLIN | |
| | Dianne M. Nast |
| 30 North Third Street, Suite 700 | RODA NAST P.C. |
| Harrisburg, Pennsylvania 17101 | 801 Estelle Drive |
| Telephone: (717) 364-1010 | Lancaster, PA 17601 |
| | Telephone: (717) 892-3000 |
| *Counsel for Plaintiffs Rite Aid Corp. and Rite Aid Hdqtrs. Corp.* | |

Thomas M. Sobol
David S. Nalven
HAGENS BERMAN SOBOL
    & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700

*Executive Committee for the Direct Purchaser Class*