IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, <br><br> Defendants. | Civ. Action No. 1:05-CV-02195-CKK |
| WALGREEN CO., *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, <br><br> Defendants. | Civ. Action No. 1:06-CV-00494-CKK <br><br> Judge Colleen Kollar-Kotelly |

[caption continued on following page]

## NOTICE OF FILING UNDER SEAL

|  |  |
|---|---|
| CVS PHARMACY, INC., *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>        Defendants. | Civ. Action No. 1:06-CV-00795-CKK |
| STATE OF COLORADO, *et al.*,<br><br>        Plaintiffs,<br><br>        v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>        Defendants. | Civ. Action No. 1:05-CV-02182-CKK |

Pursuant to Local Civil Rule 5.1(j), Defendant Barr Pharmaceuticals, Inc. ("Barr"), by and through its undersigned counsel, will file under seal an Amended Appendix to its Motion For Summary Judgment and Statement of Material Facts As To Which There Is No Genuine Issue, Volumes I & II.

Barr's Amended Appendix Volumes I & II contain information designated as "Highly Confidential" pursuant to Paragraph 1(b) of the Joint Proposed Protective Order Governing Discovery Material, entered on April 4, 2006. Redacted versions of the Amended Appendix will be filed electronically via ECF.

Dated: November 21, 2007

/s/ Eunnice Eun
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Patrick M. Bryan (D.C. Bar # 490177)
Eunnice H. Eun (D.C. Bar # 500203)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
Tel.  (202) 879-5000
Fax  (202) 879-5200

*Counsel for Barr Pharmaceuticals, Inc.*