IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| MEIJER, INC., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | Civ. Action No. 1:05-CV-02195-CKK |
| v. | ) | |
| | ) | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | | |
| WALGREEN CO., *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | Civ. Action No. 1:06-CV-00494-CKK |
| | ) | |
| v. | ) | Judge Colleen Kollar-Kotelly |
| | ) | |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

[caption continued on following page]

**DEFENDANT BARR PHARMACEUTICALS, INC.'S**
**MOTION TO FILE AMENDED APPENDIX UNDER SEAL**

|  |  |
|---|---|
| CVS PHARMACY, INC., *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>WARNER CHILCOTT HOLDINGS  )<br>COMPANY III, LTD., *et al.*,  )<br>)<br>Defendants.  )<br>_____) | Civ. Action No. 1:06-CV-00795-CKK |
| STATE OF COLORADO, *et al.*,  )<br>)<br>Plaintiffs,  )<br>)<br>v.  )<br>)<br>WARNER CHILCOTT HOLDINGS  )<br>COMPANY III, LTD., *et al.*,  )<br>)<br>Defendants.  )<br>_____) | Civ. Action No. 1:05-CV-02182-CKK |

Defendant Barr Pharmaceuticals, Inc. ("Barr"), by and through its undersigned counsel, hereby moves to file an Amended Appendix to Barr's Motion For Summary Judgment and Statement of Material Facts As To Which There Is No Genuine Issue ("November 14th Filings"), Volumes I & II. In support of its Motion, Barr states that it inadvertently omitted certain documents from the Appendix filed on November 14, 2007 and therefore submits an Amended Appendix that contains all documents cited in Barr's November 14th Filings.

Pursuant to Local Civil Rule 5.1(j), Barr further moves to file its Amended Appendix under seal, as it contains information designated as "Highly Confidential" pursuant to Paragraph 1(b) of the Joint Proposed Protective Order Governing Discovery Material, entered on April 4, 2006 ("Protective Order"). A redacted version of the Amended Appendix will be filed electronically via ECF.

Dated: November 21, 2007

_____
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Patrick M. Bryan (D.C. Bar # 490177)
Eunnice H. Eun (D.C. Bar # 500203)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
Tel. (202) 879-5000
Fax (202) 879-5200

*Counsel for Barr Pharmaceuticals, Inc.*

**CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of November 2007, I caused an unredacted copy of Barr's Motion to File Amended Appendix Under Seal, Notice of Filing Under Seal, and accompanying Amended Appendix Volumes I & II, to be served by first-class mail upon the parties listed below.

_____
Eunnice H. Eun

Devin M. Laiho
Assistant Attorney General
Consumer Protection Section
STATE OF COLORADO
1525 Sherman Street, 5th Floor
Denver, CO  80203

Scott E. Perwin, Esq.
KENNY NACHWALTER, P.A.
110 Miami Center
201 South Biscayne Blvd.
Miami, FL  33131

Linda P. Nussbaum
KAPLAN FOX & KILSHEIMER LLP
805 Third Avenue, 22nd Floor
New York, NY  10022

Monica Rebuck
HANGLEY ARONCHICK SEGAL
    & PUDLIN, P.C.
30 North Third Street
Harrisburg, PA  17101-1701