**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| MEIJER, INC., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:05-cv-2195-CKK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| Defendants. | ) | |
| WALGREEN CO., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:06-cv-494-CKK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| Defendants. | ) | |
| CVS PHARMACY, INC., *et al.*, | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 1:06-cv-795-CKK |
| WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, | ) | |
| Defendants. | ) | |

**NOTICE OF MANUAL FILING UNDER SEAL**

PLEASE TAKE NOTICE that pursuant to Local Rule 5.1(j) and the Protective Orders entered in the above-captioned cases, the following documents have been manually filed with the Court under seal: (1) Direct Purchaser Plaintiffs' Memorandum of Points and Authorities in Opposition to Barr's Motion for Summary Judgment; (2) Plaintiff States' and Direct Purchaser Plaintiffs' Joint Opposition to Barr's L. Civ. R. 56.1 Statement of Facts and Counter-Statement of Facts; and (3) Joint Appendix of Exhibits to Plaintiff States' and Direct Purchaser Plaintiffs' Joint Opposition to Barr's L. Civ. R. 56.1 Statement of Facts and Counter-Statement of Material Facts and Plaintiff States' and Direct Purchaser Plaintiffs' Respective Memoranda of Points and Authorities in Opposition to Barr's Motion for Summary Judgment.

Respectfully submitted,

| | |
|---|---|
| /s/ Scott E. Perwin | /s/ Linda P. Nussbaum |
| Scott E. Perwin | Linda P. Nussbaum (D.C. Bar No. 483254) |
| Lauren C. Ravkind | KAPLAN FOX & KILSHEIMER LLP |
| KENNY NACHWALTER P.A. | 805 Third Avenue, 22nd Floor |
| 1100 Miami Center | New York, New York 10022 |
| 201 South Biscayne Boulevard | Telephone: (212) 687-1980 |
| Miami, Florida 33131 | |
| Telephone: (305) 373-1000 | William Isaacson (D.C. Bar No. 414788) |
| | Tanya Chutkan (D.C. Bar No. 420478) |
| *Counsel for Walgreen Plaintiffs* | BOIES SCHILLER & FLEXNER LLP |
| | 5301 Wisconsin Avenue, N.W. |
| /s/ Steve D. Shadowen | Suite 800 |
| Steve D. Shadowen | Washington, D.C. 20015 |
| Monica L. Rebuck | Telephone: (202) 237-2727 |
| HANGLEY ARONCHICK SEGAL & PUDLIN | Daniel Berger |
| 30 North Third Street, Suite 700 | Eric L. Cramer |
| Harrisburg, Pennsylvania 17101 | BERGER & MONTAGUE, P.C. |
| Telephone: (717) 364-1010 | 1622 Locust Street |
| | Philadelphia, Pennsylvania 19103 |
| *Counsel for Plaintiffs Rite Aid Corp. and Rite Aid Hdqtrs. Corp.* | Telephone: (215) 875-3000 |

Richard B. Drubel (D.C. Bar No. 334359)
Kimberly H. Schultz
BOIES SCHILLER & FLEXNER LLP
26 South Main Street
Hanover, New Hampshire 03755
Telephone: (603) 643-9090

Bruce E. Gerstein
Kevin S. Landau
GARWIN GERSTEIN & FISHER LLP
1501 Broadway, Suite 1416
New York, New York 10011
Telephone: (212) 398-0055

Dianne M. Nast
RODA NAST P.C.
801 Estelle Drive
Lancaster, PA 17601
Telephone: (717) 892-3000

Thomas M. Sobol
David S. Nalven
HAGENS BERMAN SOBOL
    & SHAPIRO LLP
One Main Street, 4th Floor
Cambridge, MA 02142
Telephone: (617) 482-3700

*Executive Committee for the Direct Purchaser Class*

315416.1