IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MEIJER, INC., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>　　　　Defendants. | Civ. Action No. 1:05-CV-02195-CKK |
| WALGREEN CO., *et al.*,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>WARNER CHILCOTT HOLDINGS<br>COMPANY III, LTD., *et al.*,<br><br>　　　　Defendants. | Civ. Action No. 1:06-CV-00494-CKK<br><br>Judge Colleen Kollar-Kotelly |

[caption continued on following page]

**NOTICE OF FILING UNDER SEAL**

| | |
|---|---|
| CVS PHARMACY, INC., *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WARNER CHILCOTT HOLDINGS ) <br> COMPANY III, LTD., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civ. Action No. 1:06-CV-00795-CKK |
| STATE OF COLORADO, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> WARNER CHILCOTT HOLDINGS ) <br> COMPANY III, LTD., *et al.*, ) <br> ) <br> Defendants. ) <br> ) | Civ. Action No. 1:05-CV-02182-CKK |

Pursuant to Local Rule 5.1(j), Defendant Barr Pharmaceuticals, Inc., ("Barr"), by counsel, will file under seal Barr's Opposition to State Plaintiffs' Motion for Summary Judgment and Direct Purchaser Plaintiffs' Motion for Partial Summary Judgment, Response and Counter-Statement to Plaintiffs' Statement of Material Facts as to Which There is No Genuine Issue, and accompanying Exhibits.

The documents referenced above contain information designated as "Highly Confidential" pursuant to Paragraph 1(b) of the Joint Proposed Protective Order Governing Discovery Material, entered on April 4, 2006. Redacted versions of these documents will be filed electronically via ECF.

Dated: December 19, 2007

/s/ Karen N. Walker
———————————————————
Karen N. Walker (D.C. Bar # 412137)
Mark L. Kovner (D.C. Bar # 430431)
Patrick M. Bryan (D.C. Bar # 490177)
Eunnice H. Eun (D.C. Bar # 500203)
KIRKLAND & ELLIS LLP
655 Fifteenth Street, N.W., Suite 1200
Washington, DC 20005
Tel.  (202) 879-5000
Fax  (202) 879-5200

***Counsel for Barr Pharmaceuticals, Inc.***