IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

**FILED**

JUN 30 2008

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

| | |
|---|---|
| MEIJER, INC., et al., <br><br> Plaintiffs <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, <br><br> Defendants. | Civil Action No. 05-2195 (CKK) |
| WALGREEN CO., *et al.*, <br><br> Plaintiffs <br><br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, <br><br> Defendants. | Civil Action No. 06-494 (CKK) |
| CVS PHARMACY, INC., *et al.*, <br><br> Plaintiffs <br> v. <br><br> WARNER CHILCOTT HOLDINGS COMPANY III, LTD., *et al.*, <br><br> Defendants. | Civil Action No. 1:06-795 (CKK) |

**ORDER**

On this 60th day of June, 2008, the Motion to Disband Use of the Secure Dealroom electronic service system is hereby **GRANTED**. The parties are no longer required to post all pleadings and correspondence as a means of serving all parties in the Pending Cases.

*Judge C Kollar-Kotelly*

Case 1:06-cv-00494-CKK-AK    Document 114    Filed 06/30/2008    Page 2 of 2